# ORIGINAL   FILED

1          UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF FLORIDA  9:08
2                    TAMPA DIVISION

3    _____
                                             )
4    FEDERAL TRADE COMMISSION,               )
                        Plaintiff,           )
5                                            )
                 v.                          )
6                                            )     Civil Action No.
     TRADENET MARKETING, INC.,               )
7     a corporation,                         )     99-944-CIV-T-24B
      L.W. COOPER,                           )
8     individually and as an officer of      )
      Tradenet, Inc.,                        )
9    ALBERTO GUERRERO,                       )
      individually and as an officer of      )
10    Tradenet Marketing, Inc.,              )
     TOP MARKETING BUSINESS CONSULTING, INC. )
11    a corporation, and                     )
      ERWIN RICHARD ANNAU,                   )
12    individually and as an officer of      )
      Top Marketing Business Consulting, Inc.,)
13                       Defendants.         )
     _____)

14

15    **COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF**

16

17          Plaintiff, the Federal Trade Commission ("FTC" or "the

18   Commission"), for its Complaint alleges as follows:

19          1.   The FTC brings this action under Section 13(b) of the

20   Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to

21   secure a permanent injunction, rescission of contracts,

22   restitution, disgorgement, and other equitable relief for

23   Defendants' unfair or deceptive acts or practices in violation of

24   Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

25          2.   This Court has jurisdiction over this matter pursuant to

26   28 U.S.C. §§ 1331, 1337(a) and 1345, and 15 U.S.C. § 53(b).  This

27   action arises under 15 U.S.C. § 45(a)(1).

28          3.   Venue in the United States District Court for the Middle

1  District of Florida is proper under 28 U.S.C. §§ 1391(b) and (c),

2  and 15 U.S.C. § 53(b).

3                          **THE PARTIES**

4      4.  Plaintiff, the Federal Trade Commission, is an independent

5  agency of the United States Government created by statute.  15

6  U.S.C. §§ 41-58.  The Commission is charged, _inter alia_, with

7  enforcement of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a),

8  which prohibits unfair or deceptive acts or practices in or

9  affecting commerce.  The Commission is authorized to initiate

10  federal district court proceedings to enjoin violations of the FTC

11  Act in order to secure such equitable relief as may be appropriate

12  in each case.  15 U.S.C. § 53(b).

13      5.  Defendant Tradenet Marketing, Inc. ("Tradenet") is a

14  Florida corporation with its principal place of business at 1497

15  Main Street, Dunedin, Florida.  Tradenet transacts business in the

16  Middle District of Florida.

17      6.  Defendant L.W. Cooper ("Cooper") is, and at all relevant

18  times was, the President and a director of Defendant Tradenet and

19  owns 50% of its shares.  His business address is the same as that

20  of corporate Defendant Tradenet.  In connection with the matters

21  alleged herein, Cooper transacts business in the Middle District of

22  Florida.

23      7.  At all times material to this Complaint, individually or

24  in concert with others, Cooper has formulated, directed, and

25  controlled the acts and practices of Tradenet, including the

26  various acts and practices set forth herein.

27      8.  Defendant Alberto Guerrero ("Guerrero") is, and at all

28                              2

1  relevant times was, Vice-President and a director of defendant

2  Tradenet and owns 20% of its shares.  His business address is the

3  same as that of corporate defendant Tradenet.  In connection with

4  the matters alleged herein, Guerrero transacts business in the

5  Middle District of Florida.

6       9.  At all times mentioned in this Complaint, individually or

7  in concert with others, Guerrero has formulated, directed, and

8  controlled the acts and practices of Tradenet, including the

9  various acts and practices set forth herein.

10       10.  Defendant Top Marketing Business Consulting, Inc. ("Top

11  Marketing") is a Florida corporation with its principal place of

12  business at 1497 Main Street, Dunedin, Florida.  Top Marketing

13  transacts business in the Middle District of Florida.

14       11.  Defendant Erwin Richard Annau ("Annau"), until about July

15  1997, owned 50% of the shares of Tradenet and was one of its three

16  directors.  Annau is currently sole owner, officer, and director of

17  Defendant Top Marketing.  His business address is the same as that

18  of corporate Defendant Top Marketing.  In connection with the

19  matters alleged herein, Annau transacts business in the Middle

20  District of Florida.

21       12.  At all times material to this Complaint, individually or

22  in concert with others, Annau has formulated, directed, and

23  controlled the acts and practices of Top Marketing, including the

24  various acts and practices set forth herein.

25                              **COMMERCE**

26       13.  At all times relevant to this Complaint, the Defendants

27  have maintained a substantial course of trade in the offering for

28                                   3

1  sale and sale of laundry aid products, in or affecting commerce, as

2  "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

3  **DEFENDANTS' COURSE OF CONDUCT**

4  14.  Since at least January 1, 1996, Defendants have

5  maintained a substantial course of trade promoting, offering for

6  sale, and selling a product called "The Laundry Solution" (a sealed

7  plastic ball filled with blue liquid) and a product called "The

8  SuperGlobe" (a sphere divided into two portions, one a translucent

9  plastic filled with blue liquid and the other half an opaque blue

10  plastic with openings allowing access to particulate materials).

11  Tradenet has recommended that The SuperGlobe be used in conjunction

12  with a liquid surfactant it sells called "The Booster."

13  15.  Cooper, Guerrero and Annau formed Tradenet to market The

14  Laundry Solution and other products by means of a multilevel

15  marketing system utilizing distributors.  Top Marketing developed

16  Tradenet's marketing and promotional materials and has sold The

17  Laundry Solution and The SuperGlobe to purchasers.

18  16.  Cooper and Guerrero developed the idea of marketing

19  "structured water" as a laundry detergent substitute.  Tradenet

20  contracted for the manufacture of The Laundry Solution.  Tradenet

21  initially represented that The Laundry Solution contained

22  "structured" water and later represented that The Laundry Solution

23  and The SuperGlobe contained "$I_E$ structures," "$I_E$ crystals," or "$I_E$

24  solution."

25  17.  Defendants developed and disseminated promotional

26  materials regarding the characteristics, ingredients, uses, and

27  benefits of The Laundry Solution.  Defendants' advertisements and

28  

4

1  promotional materials include but are not necessarily limited to

2  the attached Exhibits "A" and "B."  Among the statements made in

3  these advertisements and materials are the following:

4          A.    "What is 'The Laundry Solution'?"

5  "It is Structured water that emits a negative charge through the

6  walls of the [Laundry Solution] container into your laundry water.

7  This causes the water molecule cluster to disassociate, allowing

8  much smaller individual water molecules to penetrate into the

9  innermost part of the fabric.  The Laundry Solution replaces

10 detergent, thus eliminating the use of the chemical."  (Exhibit

11 "A").

12         B.    "The Laundry Solution activates your laundry water

13 naturally through a confidential process which changes the

14 molecular structure of your water.  It forces the dirt to leave the

15 fabric because dirt is positively charged and The Laundry Solution

16 is negatively charged, thus creating an electronic release of

17 dirt."  (Exhibit "A").

18         C.    "The Laundry Solution is a chemical free,

19 hypoallergenic, biodegradable and recyclable solution to the

20 massive problem of laundry detergent pollution.  Our rivers,

21 streams, lakes and oceans are being aggressively spoiled by harsh,

22 toxic chemicals released from most detergents."  (Exhibit "B").

23         D.    Consumer endorser:  "'The Laundry Solution' is now

24 THE only product I will use on my clothes!  I do not have to buy

25 anything else!  VGW"

26         E.    Consumer endorser:  "Last night I purchased 'The

27 Laundry Solution'.  I immediately went home and loaded up the

28                                             5

1  washer.  When the load was done I called my husband over to see if

2  he would notice a difference. . . . [W]e both noticed that the

3  colors were noticeably brighter.  . . . My Husband and I calculated

4  that The Laundry Solution costs 10% of the price of detergents.

5  Needless to say I am completely sold on your products and will

6  refer your company at every opportunity.  Thank you very much!  DM"

7          F.   Consumer endorser:  "I am writing to you because I

8  am most impressed with your product 'The Laundry Solution'.  I have

9  a small long-haired dog.  I bathe the dog every week and he has his

10 own set of towels.  Everyone knows that wet dogs have a very

11 distinctive smell.  This smell was transferred to the dog's towels.

12 No matter how many times I washed the towels they still contained

13 that terrible dog smell.  I used The Laundry Solution once on those

14 towels and not only was the smell removed but the towels came out

15 very, very clean.  This was proof that your product works as well

16 as you said and better than I ever expected.  Thank you!  MAG"

17         G.   Consumer endorser:  "I'm the mother of 2 small boys

18 and frankly, when I heard about The Laundry Solution I really

19 didn't think it would work on the kind of dirt we make.  I borrowed

20 a friend's Laundry Solution and threw it in a load that included a

21 pair of jeans that my three-year-old rubbed chocolate into, a

22 pajama bottom that was peed on and other cloths [sic] that were

23 very dirty.  Not only were those items totally clean -- there was

24 NO ODOR at all.  It all smelled fresh and clean! I'm absolutely

25 amazed.  JHR"  (Exhibit "A").

26      18.  Commencing on or about July 1997, Defendants began to

27 market a second version of The Laundry Solution and a new product,

28                                      6

1  The SuperGlobe, which they represented as similar to The Laundry

2  Solution.  Defendants marketed both the new version of The Laundry

3  Solution and The SuperGlobe as containing "$I_E$ crystals," "$I_E$

4  structures," or "$I_E$ solution."

5        19.  Defendants disseminated promotional materials regarding

6  the characteristics, ingredients, uses, and benefits of The

7  SuperGlobe and the second version of The Laundry Solution,

8  including but not necessarily limited to the attached Exhibit "C."

9  Among the statements made in these advertisements and materials are

10  the following:

11        A.  "TradeNet's laundry products use a revolutionary new

12  technology which enhances nature's most perfect solvent -- pure

13  water.  By manipulating the electric fields associated with

14  hydrogen and oxygen atoms, solid crystals are formed in the shape

15  of electric *keys*. . . . Termed $I_E$™ Crystals, these particles

16  although completely benign to man and the environment, can perform

17  and enhance reactions formerly only possible by chemicals, soaps,

18  and detergents. . . . 'The smaller the particle you can manipulate,

19  the greater the effect,' said Dr. Shui-yin Lo, nuclear physicist. .

20  . . . '$I_E$ Crystals reduce the surface tension of water and create

21  "bubbles" in water similar to the effect of soap.'"  (Exhibit "C").

22        B.  "But we can supply these little workers with our $I_E$

23  Crystals.  They can work just as hard as the detergents but they

24  are harmless to our world."  (Exhibit "C").

25        20.  Defendants disseminated promotional materials entitled

26  "Supporting Scientific Data and Reports" and "Innovation Scientific

27  Journal, The Laundry Solution and its $I_E$ Crystals" (attached as

28                                    7

1   Exhibits "C" and "D") containing articles and excerpts from test

2   results concerning and describing the purported properties of "$I_E$

3   structures," "$I_E$ crystals" or "$I_E$ solution" and "The Laundry

4   Solution."

5   **DEFENDANTS' VIOLATIONS OF SECTION 5 OF THE FTC ACT**

6       21.   As set forth below, in connection with the advertising,

7   offering for sale, sale, and distribution of both versions of The

8   Laundry Solution and The SuperGlobe, Defendants, individually or in

9   concert with others, have misrepresented material facts or made

10  representations without having a reasonable basis for such

11  representations at the time they were made, in violation of Section

12  5(a) of the FTC Act.

13                   **COUNT ONE:   FALSE CLAIMS**

14      22.   Through the means described in Paragraphs 17.A., B., D.,

15  E., F., and G., as well as Paragraph 19 and Paragraph 20 of this

16  Complaint, Defendants have represented, expressly or by

17  implication, that:

18          A.   The Laundry Solution cleans laundry as well as

19  conventional laundry detergents.

20          B.   The Laundry Solution cleans laundry by emitting a

21  negative charge that forces positively charged dirt to leave

22  fabric.

23          C.   "Structured water," "$I_E$ crystals," $I_E$ solution" or "$I_E$

24  structures" are the active ingredients of The Laundry Solution

25  and/or of The SuperGlobe.

26          D.   Scientific experiments and tests prove that The

27  Laundry Solution and The SuperGlobe clean laundry as well as

28                                  8

1   conventional laundry detergents.

2           E.   Testimonials from consumers appearing in

3   advertisements for The Laundry Solution or The SuperGlobe reflect

4   the typical or ordinary experience of members of the public who use

5   the product.

6       23.  In truth and in fact:

7           A.   The Laundry Solution does not clean laundry as well

8   as conventional laundry detergents.

9           B.   The Laundry Solution does not clean laundry by

10  emitting a negative charge that forces positively charged dirt to

11  leave fabric.

12          C.   "Structured water," "$I_E$ crystals," $I_E$ solution" and

13  "$I_E$ structures" are not active ingredients of The Laundry Solution

14  or The SuperGlobe.

15          D.   Scientific experiments and tests do not prove that

16  The Laundry Solution and The SuperGlobe clean laundry as well as

17  conventional laundry detergents.

18          E.   Testimonials from consumers appearing in

19  advertisements for The Laundry Solution or The SuperGlobe do not

20  reflect the typical or ordinary experience of members of the public

21  who use the product.

22      24.  Therefore, Defendants' representations as set forth in

23  Paragraph 22 are false or misleading and constitute unfair or

24  deceptive acts or practices in violation of Section 5(a) of the FTC

25  Act, 15 U.S.C. § 45(a).

26          **COUNT TWO: FAILURE TO POSSESS A REASONABLE BASIS**

27      25.  Through the means described in Paragraph 17.C.,

28                                          9

1  Defendants have represented, expressly or by implication, that The

2  Laundry Solution is a solution to the problem of the pollution of

3  rivers, streams, lakes, and oceans caused by toxic chemicals

4  released from most detergents.

5      26.   Through the means described in Paragraphs 17, 19, and 20,

6  Defendants have represented, expressly or by implication, that they

7  possessed and relied upon a reasonable basis that substantiated the

8  representations set forth in Paragraphs 22.A. through C. and 25 at

9  the time the representations were made.

10     27.   In truth and in fact, Defendants did not possess and rely

11 upon a reasonable basis that substantiated the representations set

12 forth in Paragraphs 22.A. through C. and 25 at the time the

13 representations were made.  Therefore, the representation set forth

14 in Paragraph 26 was, and is, false or misleading and constitutes an

15 unfair or deceptive act or practice in violation of Section 5(a) of

16 the FTC Act, 15 U.S.C. § 45(a).

17                          **CONSUMER INJURY**

18     28.   Consumers have suffered substantial monetary loss as a

19 result of Defendants' unlawful acts or practices.  Absent

20 injunctive relief by this Court, Defendants are likely to continue

21 to injure consumers and harm the public interest.

22                 **THIS COURT'S POWER TO GRANT RELIEF**

23     29.   Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers

24 this Court to grant injunctive and other ancillary relief,

25 including consumer redress, disgorgement and restitution, to

26 prevent and remedy any violations of any provision of law enforced

27 by the Federal Trade Commission.

28                                    10

1    30.   This Court, in the exercise of its equitable

2  jurisdiction, may award other ancillary relief to remedy injury

3  caused by the Defendants' law violations.

4                        **PRAYER FOR RELIEF**

5       WHEREFORE, Plaintiff requests that this Court, as authorized

6  by Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and pursuant to

7  its own equitable powers:

8       1.    Permanently enjoin the Defendants from violating Section

9  5 of the FTC Act, as alleged herein, in connection with the

10  offering for sale and promotion of laundry or cleaning products;

11      2.    Award such relief as the Court finds necessary to redress

12  injury to consumers resulting from the Defendants' violations of

13  the FTC Act, including but not limited to, rescission of contracts,

14  the refund of monies paid, and the disgorgement of ill-gotten

15  monies; and

16      3.    Award Plaintiff the costs of bringing this action, as

17  well as such other and additional relief as the Court may

18  ///

19  ///

20  ///

21  ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1   determine to be just and proper.

2

3   DATED: *April 16, 1999*                    Respectfully submitted,

4

5                                              DEBRA A. VALENTINE
                                               General Counsel
6
                                               ELAINE D. KOLISH
7                                              Associate Director
                                               Division of Enforcement
8                                              Federal Trade Commission

9                                              MARY K. ENGLE
                                               Assistant Director
10                                             Division of Enforcement
                                               Federal Trade Commission
11

12

13                                             *Constance M. Vecellio*
                                               CONSTANCE M. VECELLIO
14                                             PABLO M. ZYLBERGLAIT
                                               Trial Counsel
15                                             Division of Enforcement
                                               Federal Trade Commission
16                                             Washington, D.C. 20580
                                               202-326-2966 or 202-326-3260
17                                             *FAX # 202-326-3259*

18

19

20

21

22

23

24

25

26

27

28                                  12

# The LAUNDRY SOLUTION

## The latest in 21st Century Technology presents detergent free laundry!

## RESULTS!
## You Have To See It To Believe It!

**Chemical free washing**
No liquid or powdered detergent is used. There IS a difference!

**100% hypoallergenic**
No detergent, no chemicals, means no residues that remain in your clothes and touch your skin.

**Biodegradable and recyclable**
"The Laundry Solution" activates your laundry water naturally through a confidential process which changes the molecular structure of your water. It forces the dirt to leave the fabric because dirt is positively charged and "The Laundry Solution" is negatively charged, thus creating an electronic release of dirt.

**Increase the fabric life of your clothes**
No break down of your fabrics from harsh chemicals. Check your lint filter (it takes 4 to 5 washes to get the old detergent out of your clothes). You will see that there is much less lint in your dryer filter!

**Saves the environment, water and $$$$**
No extra rinse cycle needed. You may find that you do not need softeners or static cling removers. This is the 21st Century detergent replacement. "The Laundry Solution" lasts approximately 1500 washes. You save on the cost of detergents and softners!

**Easy to use**
Just drop the globe into your washer and leave it there. There is no need to take it out!

TRADENET MARKETING, INC.
Proudly Presents
"THE LAUNDRY SOLUTION"

## "JOIN US IN PROTECTING THE ENVIRONMENT"

...in your laundr... ...nd in the environment.

SUGGESTED retail price is $75.00 per unit, with a 100%, 60 ...Satisfaction Guarantee and 6 month warranty on craftsman-... It's time to order now.

...the best environmental grassroots movement that is actually ...ging the environment for the better by stopping the dumping ...lluants into our most treasured resource-- water!

...DENET has already cleaned up an estimated 6 billion gallons ...ater going into the environment through washing machines. ...one part of the group that is contributing to a cleaner planet! ...CHASE "THE LAUNDRY SOLUTION" TODAY!

Your distributor will take your order now.

**Cost of Laundry Supplies For 1500 loads**

| | |
|---|---|
| $550 | Laundry Detergent + Softener |
| $75 | The Laundry Solution |

Printed on unbleached recycled paper with soy ink.

**DIRECTIONS**
1. Just place the globe in the washer with dirty clothes.
2. Industry standard promotes filling washer half full with laundry for best results.
3. Use warm or hot water.
4. We recommend pretreating heavy stains. (Date 12/96)

Ex. A
P. 1



The Laundry Solution
"PROTECTING THE ENVIRONMENT"

# QUESTIONS & ANSWERS

**Q. Who is TRADENET?**

**A.** We are an environmental grassroots movement (using the principles of network marketing) whose primary goal is to research and provide products that enhance the home and environment. We provide superior quality products which protect the environment through the use of nontoxic and natural substances. With our laundry product, TRADENET has already cleaned up 6 billion gallons of water going into the environment through washing machines.

**Q. What is "The Laundry Solution"?**

**A.** It is Structured water that emits a negative charge through the walls of the container into your laundry water. This causes the water molecule cluster to disassociate, allowing much smaller individual water molecules to penetrate into the innermost part of the fabric. The Laundry Solution replaces detergent, thus eliminating the use of the chemical. You actually see the results of cleaner clothes without pollutants produced which harm the environment and your family. This is the latest in 21st century technology! In addition to the above, you can discard fabric softeners and no longer need an extra rinse cycle, thus saving water and money at the same time!

**Q. Who manufactures "The Laundry Solution"?**

**A.** TRADENET's sole manufacturing laboratory. "The Laundry Solution" is exclusively sold by TRADENET on a world wide basis. There is no limit to our manufacturing capabilities.

**Q. Can I use "The Laundry Solution" industrially?**

**A.** Yes. Use one Globe per 40 gallon load.

**Q. What is the life of "The Laundry Solution"?**

**A.** Approximately 1500 washes. Determine how many wash loads your family consumes per month, then divide 1500 by that number. The resultant number is how many months the product will last. Example: 20 washes per month divided into 1500 equals 75 months (of use!). This means the product will last for 75 months. Just drop the globe into your washer and leave it there! Never try to open the globe. No more mixing or measuring. You will be amazed by the results.

**Q. What if the container breaks?**

**A.** TRADENET warranties the product against manufacturing defects for six months from the date of purchase. If the product leaks or breaks we will replace it free of charge. Warranty void if damaged or misused through heavy impact or heat above 180°F.

**Q. Is The Laundry Solution environmentally safe?**

**A.** The container is made of recyclable plastic. Return to TRADENET for recycling. The contents are natural and safe for the environment. The confidential manufacturing process changes the molecular structure of the water. There is nothing chemically based. The product works by properties of physics! Hence there are no residues left on your clothing.

**Q. How can you prove that "The Laundry Solution" actually works?**

**A.** Proof is in the pudding! You will see results. Our duration tests are indicating that the product improves over time and our duration tests are still running. Keep in mind that it takes about six washes to remove all of the soap residues from your washer. (If the residues stay around that long just think how these chemicals effect your skin. There is no better product on the market that cleans without tearing down the fibers of your clothes. If you are using detergents in your laundry there will always be a residue! With "The Laundry Solution" nothing remains but clean bright fabrics.

# TESTIMONIALS

I used the product on my whites in warm water (with no water softener). When I look at my clothes out of the washer I noticed that there was no laundry residue on my clothes. My clothes did not stick to the side of the tub walls, like they normally do. I noticed that they were soft and fresh smelling without any additives put into the water. When I pulled these same clothes out of the dryer there was an immediate noticeable brightness, freshness and softness with no static cling in my laundry. I wasn't expecting that kind of a result and was immediately impressed! On the dry cycle I did not add anything to soften or scent the clothes. That is what made this so impressive. "The Laundry Solution" is now THE only product I will use on my clothes! I do not have to buy anything else!

VGW

Last night I purchased "The Laundry Solution." I immediately went home and loaded the washer. When the load was done I called my husband over to see if he would notice a difference. The first words out of his mouth were "Wow, I can see a difference already because there is no lint caught on the walls of the washer", and we both noticed that the colors were noticeably brighter.

I have been using all natural, chemical free detergents and even though it was all natural, the fabrics of my clothes were slowly being destroyed as evidenced by the amount of lint in the washer. In the first load with "The Laundry Solution" the amount of lint was cut by 90%.

My Husband and I calculated that The Laundry Solution costs 10% of the price of detergents. Needless to say I am completely sold on your product and will refer your company at every opportunity.

Thank you very much!

DM

I am writing to you because I am most impressed with your product "The Laundry Solution." I have a small long-haired dog. I bathe the dog every week and he has his own set of towels. Everyone knows that wet dogs have a very distinctive smell. This smell was transferred to towels. No matter how many times I washed the towels they still contained that terrible dog smell. I used The Laundry Solution once on those towels and not only was the smell removed but the towels came out very, very clean. This was proof that your product works as well as you said and better than I ever expected.

Thank You!

MJG

I'm the mother of 2 small boys and frankly, when I heard about The Laundry Solution I really didn't think it would work on the kind of dirt we make. I borrowed a friend's Laundry Solution and threw it into a load that included a pair of jeans that my three-year-old rubbed chocolate into, and other clothes with toddler type grime (if you know what I mean). Not only were all those items totally clean - there was NO ODOR at all. It all smelled fresh and clean! I'm absolutely amazed!

JHR

Exhibit

Ex. "A"
P. 2

WAL

# The LAUNDRY SOLUTION

*The latest in 21st Century Technology presents detergent free laundry!*

## RESULTS!
## You Have To See It
## To Believe It!

### Chemical free washing
No liquid or powdered detergent is used. There IS a difference!

### 100% hypoallergenic
No detergent, no chemicals, means no residues that remain in your clothes and touch your skin

### Biodegradable and recyclable
"The Laundry Solution" activates your laundry water naturally through a confidential process which changes the molecular structure of your water. It forces the dirt to leave the fabric because dirt is positively charged and "The Laundry Solution" is negatively charged, thus creating an electronic release of dirt

### Increase the fabric life of your clothes
No break down of your fabrics from harsh chemicals. Check your lint filter (it takes 4 to 5 washes to get the old detergent out of your clothes) You will see that there is much less lint in your dryer filter!

### Saves the environment, water and $$$$
No extra rinse cycle needed. You may find that you do not need softeners or static cling removers. This is the 21st Century detergent replacement. "The Laundry Solution" lasts approximately 1500 washes. You save on the cost of detergents and softeners!

### Easy to use
Just drop the globe into your washer and leave it there. There is no need to take it out!

## "JOIN US IN PROTECTING THE ENVIRONMENT"

### TRADENET MARKETING, INC.
Proudly Presents
"The Laundry Solution"



recycled paper with soy ink.

RECEIVED MAR 1 3 1997
ATTORNEY GENERAL'S OFFICE
CONSUMER PROTECTION DIVISION



DIRECTIONS
1. Just place the globe in the washer with dirty clothes.
2. Industry standard generated filling washer half full with laundry for best results
3. Use warm or hot water.
4. We recommend pre-treating

"PROTECTING THE ENVIRONMENT"
LAUNDRY SOLUTION

# TESTIMONIALS

I used the product on my whites in warm water (with no water softener). When I took my clothes out of the washer I noticed that there was no laundry residue on my clothes. My clothes did not stick to the side of the tub walls, like they normally do. I noticed that they were soft and fresh smelling without any additives put into the water. When I pulled these same clothes out of the dryer there was an immediate noticeable brightness, freshness and softness with no static cling in my laundry. I wasn't expecting that kind of a result and was immediately impressed!! On the dry cycle I did not add anything to soften or scent the clothes. That is what made this so impressive. "The Laundry Solution" is now THE only product I will use on my clothes! I do not have to buy anything else!

PGW

_____

Last night I purchased "The Laundry Solution". I immediately went home and loaded up the washer. When the load was done I called my husband over to see if he would notice a difference. The first words out of his mouth were "Wow I can see a difference already because there is no lint caught on the walls of the washer" and we both noticed that the colors were noticeably brighter.

_____

I have been using all natural, chemical free detergent and even though it was all natural, the fabrics of my clothes were slowly being destroyed by the amount of liquid in the washer. In the first load with "The Laundry Solution" the amount of lint was cut by 90%. My husband and I calculated that The Laundry Solution costs 10% of the price of detergents. Needless to say I am completely sold on your product and will refer your company at every opportunity.

Thank you very much!
DM

_____

I am writing to you because I am most impressed with your product. "The Laundry Solution". I have a small long-haired dog. I bathe the dog every week and he has his own set of towels. Everyone knows that wet dog have a very distinctive smell. This smell was transferred to towels. No matter how many times I washed the towels they still contained that terrible dog smell. I used The Laundry Solution once on those towels and not only were the towels cleaned but the towels came out very, very clean. This was proof that your product works as well as you said and better than I ever expected.

Thank You!
MAG

_____

I'm the mother of 2 small boys and frankly, when I heard about The Laundry Solution I really didn't think it would work on the kind of dirt we make. I borrowed a friend's Laundry Solution and threw it into a load that included a pair of jeans that my three-year old rubbed chocolate into, and other clothes with toddler type grime (if you know what I mean). Not only were all those items totally clean - there was NO ODOR at all. It all smelled fresh and clean! I'm absolutely amazed!

JHB

# QUESTIONS & ANSWERS

**Q:  Who is TRADENET?**

A:  We are an environmental grassroots movement fusing the principle of network marketing whose primary goal is to research and provide products that enhance the home and environment. We provide superior quality products which protect the environment through the use of innovative and natural substances. With our laundry product, TRADENET has already cleaned up billions of gallons of water going into the environment through washing machines.

**Q:  What is "The Laundry Solution"?**

A:  It is Structured water that emits a negative charge through the walls of the container onto your laundry water. This causes the water molecule cluster to disassociate, allowing much smaller individual water molecules to penetrate into the innermost part of the fabric. The Laundry Solution replaces detergent, thus eliminating the use of the chemical. You can verify our results of cleaner clothes without pollutants produced which harm the environment and your clothes only. This is the latest in 21st century technology! In addition to the above, you can discard fabric softeners and no longer need an extra rinse cycle, thus saving water and money at the same time!

**Q:  Who manufactures "The Laundry Solution"?**

A:  TRADENET's sole manufacturing facility. The Laundry Solution is exclusively held in TRADENET on a world wide basis. There is no limit to our manufacturing capabilities.

**Q:  Can I use "The Laundry Solution" industrially?**

A:  Yes. Use one Globe p 40 gallon load

**Q:  What is the life of "The Laundry Solution"?**

A:  Approximately 1300 washes. Determine how many wash loads your family consumes per month, then divide 1300 by that number. The resultant number is how many months the product lasts. Example: 20 washes per month divided into 1300 equals 75 months of use! This means the product will last for 75 months. Just drop the globe into your washer and leave it there. Never try to open the globe. No water mixing or measuring. You will be amazed by the results!

**Q:  What if the container breaks?**

A:  TRADENET warranties the product against manufacturing defects for six months from the date of purchase. If the product leaks or breaks we will replace it free of charge. Warranty voided if damaged or misused through heavy impact or heat above 130°F.

**Q:  Is The Laundry Solution environmentally safe?**

A:  The container is made of recyclable plastic. Return to TRADE.NET for recycling. The contents are natural and safe for the environment. The confidential manufacturing process changes the molecular structure of the water. There is nothing chemically based. The product works by properties of physics. Hence there are no residues left in your clothing.

**Q:  How can you prove that "The Laundry Solution" actually works?**

A:  Proof is in the pudding! You will see results. One thorough test are indicating that the product repeated over time and our duration tests are still running. Keep an initial shirt untouched, then wash it to remove oil of the soap residues from your washer. If the resultant are around that long just thank how these elements effect your skin. There is no better product in the market that clean without tearing down the fibers of your clothes. If you are using detergents in your laundry these will always be a residue! With "The Laundry Solution" nothing remains but clean bright fabrics.

Ex. "A"
P. 4

# If You Don't Have Time To Think About Saving The World, Think About Saving Her.

Think about what she'll have to look forward to living in a toxic world. Most of us are busy earning a living—supporting ourselves and our family—and find it increasingly difficult to find time for getting involved in causes, even one as life threatening as the environmental crisis. The Laundry Solution makes cleaning up the environment as easy as cleaning your clothes.

The Laundry Solution is a chemical free, hypoallergenic, biodegradable and recyclable solution to the massive problem of laundry detergent pollution. Our rivers, streams, lakes and oceans are being aggressively spoiled by harsh, toxic chemicals released from most detergents. Imagine the millions of homes releasing these non-biodegradable toxins into our water reserves every day. Then imagine the damage from industrial use of detergents—damage we can't see now...but that she'll be exposed to in the years to come. It's not a pretty picture, but it's not too late to help reverse the tide—to restore the balance of nature.

Now you can become part of the solution, without adding to your load.

## The Laundry Solution

Ask your local TradeNet Marketing Distributor about the benefits of The Laundry Solution.

Ex. "B"

# *Innovation*



EX."C", P.1

The Laundry So...
and its I$_E$ Crys...

# TradeNet Marketing, Inc.



Dear TradeNet Distributor

Welcome

*Innovation*

In this our first issue

revolutionary product The Laundry Solution.

We will also take this opportunity to introduce you to **American Technologies Group, Inc. (ATG).** You will be hearing much more about this company as we work together to clean and protect our planet for future generations

With this new partnership, TradeNet is definitely poised for unlimited expansion with an entirely new generation of products

Sincerely,

**Board of Directors, TradeNet**

Ex C 02

1497 Main Street • Suite 301 • Dunedin, Florida 34698

**Innovation**

# *American Technologies Group Inc.*

American Technologies Group, Inc. (ATG) was created by concerned scientists and a brilliant management team with an eye toward providing solutions to the environmental problems of the day.

The ATG scientific team is led by Dr. Shui-Yin Lo, a world renowned particle physicist. Dr. Lo received his Ph.D. in physics from the University of Chicago. He is an appointed Professor of Physics at Zhongshan University in China and a visiting Associate of Chemistry at California Institute of Technology (Cal Tech).



### ATG Board of Directors

John Collins, *Chief Executive Officer*, Dr. Shui-Yin Lo, David Gann, Hugo Pomrehn, Larry Brady

## ATG Advisory Board

**Randall A. Hawkins, M.D., Ph.D.**
*Chief of Nuclear Medicine Program and Vice-Chair of Radiology, UCSF*

**Professor S. T. Yau**
*Professor of Mathematics, Harvard University*

**Professor Alfred Wong**
*Department of Physics, UCLA*

**Mr. Harold Rapp**
*Inventor and Consultant*

**Professor Vijay Dhir**
*Chairman, Mechanical, Aerospace and Nuclear Engineering Department, UCLA*

**Professor S.Y. Cheng**
*Professor of Mathematics Department, UCLA, Ph.D., UC Berkley*

**Professor James S. I. Lo**
*Clinical Assistant Professor, Department of Pathology Health Science Center, State University of New York*

**Dr. Charles Young**
*Stanford Linear Accelerator Center, Stanford, California, Ph.D., MIT*

**Mr. Ed Rose**
*Former Project Manager, Bechtel Power Corporation*

**Professor Daniel Tsui**
*Professor of Electrical Engineering, Princeton University, Ph.D., University of Chicago*

**Mr. Anmin Liu**
*Director of the Hyperion Wastewater Facility, Los Angeles, California*

EX. "C" P.3

# A Global Team

TradeNet is one
most environmentally significant

Together to share the power to
our children a better place to live
gains the better.

TradeNet
Marketing
Inc.
*The power to make a difference.*



*Innovation*

 **AMERICAN TECHNOLOGIES GROUP, INC.**

April 10, 1997

Board of Directors
TradeNet Marketing, Inc.
1497 Main Street, Suite 301
Dunedin, FL 34698

RE:  **LAUNDRY SOLUTION**

Dear Directors:

This will confirm that under the Amended and Restated Agreement dated as of March 13, 1997 between TradeNet Marketing, Inc. and American Technologies Group, Inc., subject to all of the terms and conditions contained therein, TradeNet has the exclusive worldwide right to purchase the liquid laundry solution containing ATG's $I_F$ ™ crystal as a component.

Very truly yours,

John M. Dab
General Counsel

Ex. "C" P. 5

*Innovation*

# $I_E$™ *Crystal Overview*

TradeNet's Laundry Solution uses a revolutionary new technology which enhances nature's most perfect solvent - pure water.

By manipulating the electric fields associated with hydrogen and oxygen atoms solid crystals are formed in the shape of electric keys. These keys fit into the locks and bonds on other compounds to dissolve away dirt similar to the action of enzymes in the human digestive system.

Termed $I_E$ Crystals these particles, although completely benign to man and the environment, can perform and enhance reactions formerly only possible by chemicals, soaps and detergents.

*"The smaller the particle you can manipulate, the greater the effect."* Dr. Shui-Yin Lo stated. *"These electric fields extend only a few billionths of a meter but are stronger than forces currently generated by man-made machines. We use such charges not only to grow $I_E$ Crystals, but tailor them to fit different chemical reactions. $I_E$ Crystals reduce the surface tension of water and create "bubbles" in water similar to the effect of soap."*

The procedures surrounding the manufacturing of these particles are called "Nanotricity" *(from nanometer [one billionth of a meter] and electricity)*. ATG has developed numerous technologies which utilize the crystal's ability to perform work.



*Dr. Shui-Yin Lo in the ATG laboratory.*

Many people are sensitive to detergents. Today's household varieties are used with dyes, fragrances, surfactants, enzymes added to detergents which aid in breaking down oils and fats, oxidizing agents, etc. Soaps and detergents work by enhancing water's native ability to dissolve dirt. Detergents reduce the surface tension of the water thereby enhancing the dissolving action. Foaming agents create little bubbles to help carry away the dirt and oil from the cloth so it can all be rinsed away.

Dr. Lo summed up by saying, *"One can get a similar effect, while minimizing environmental problems caused by detergents. We are not saying that one might not need some additional washing agents for particular stains, just like some detergents won't remove ink from your white shirt. I'm afraid there are no absolutes here, but to replace the majority action of detergents is not difficult."*

Ex. "C" P. 6

*Innovation*

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

The following paper, written by Dr. Shui-Yin Lo, details his research and experimentation in discovering and developing the $I_E$ crystal.

## General Overview

Various physical properties of water with $I_E$ structures are measured.

Compared with ordinary water, there is approximately a 2% increase in dielectric constant for $I_E$ water at 3 kHz. A characteristic of current generated by voltage between two identical stainless steel electrodes, and an increase in resistivity to AC current. Fluorescence at 298 nm peak is seen in $I_E$ water but not in ordinary water. From the thermal variation of UV absorption spectrum, one can estimate the amount of $I_E$ structure to be up to 3%. The elevation of boiling point due to $I_E$ structure can then be used to calculate the molecular weight of $I_E$ structure to be the same as water molecule.



*Researchers at ATG's lab continue to test and develop potential applications for the $I_E$ Crystal.*


Ex. "C" P. 7

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

## SECTIONAL ABSTRACT

### Dr. Lo gives the evidence for the existence of the $I_E$ Crystal.

### 1. Introduction

Recently it has been suggested that stable rigid structures (called $I_E$ structures which stand for ice formed under electric field) can be formed from water molecules at room temperature and normal pressure. Rod-like structures are identified in photographs taken by transmission electron microscope. The physical hypothesis behind these $I_E$ structures is that the electric dipole moment of water molecules plays a dominant role to attract themselves together to form $I_E$ structures which itself may have some electric dipole moment. To justify such an hypothesis, it is necessary to look for electrical and other properties of these $I_E$ structures. We have measured five different properties: dielectric constants, the electromotive force (emf) using two identical electrodes, resistivity, fluorescence, stability as a function of temperature. We find these properties are different from pure water. Pure water shall be defined to be used in this paper as having 18 megaohms of resistance and having less than several parts per billion Total Dissolved Solids, which for our experiment is supplied by Millipore RO Plus system.

### 2. Dielectric Constant

Water molecules have a very large electric dipole moment and are forced to rotate to respond to an alternate external electric field. Hence water as a liquid has a very large dielectric constant 80. If water molecules group together to form larger structures such as the $I_E$ structure that is proposed, then the resulting structured water should have a larger dielectric constant. When an external AC field is applied, these $I_E$ structures will respond and cause a change of the dielectric constant. We use the Hewlett Packard Corp 4192A LF Impedance Analyzer (5Hz ~ 13 MHz) to measure the pure and the imaginary parts of the dielectric constant $\varepsilon = \varepsilon' - i\varepsilon''$ of structured water and pure water. This is shown in Fig. 1. The absolute value of dielectric constant and its phase $\theta$ of $I_E$ structured water is also presented separately in Fig. 1b. There is a minimum value of the phase at around 1 kHz. The distilled water has a dielectric value $\varepsilon_1 = (\varepsilon_1'^2 - i\varepsilon_1''^2)^{1/2} \geq 80$ at frequency $\sim 10^3$ Hz and the $I_E$ structured water has a twenty percent smaller dielectric constant $\varepsilon_2 = (\varepsilon_2'^2 - i\varepsilon_2''^2)^{1/2}$

> "Rod-like structures are identified in photographs taken by transmission electron microscope."

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

## SECTIONAL ABSTRACT

## A variety of factors were measured between pure water and water with $I_E$ Crystals.

### 3 Electromotive Force

It is well known in electrochemistry that an emf is generated when two different electrodes are placed in a solution and an emf is generated by two different electrodes also. We immerse a pair of stainless electrodes in I-structured water and a standard and that a little emf of 30 mV is generated. In Fig 2 (a) we have shown an typical curve for a concentrated I-structured water that lasts for an hour. The last 2-3 minutes is regular reading, then approaches a maximum of 35 mV and then drops slowly over the next hour. Figure 2 (b) shows emf of a mixture of I-structures after the slow disappearance of these figures is that the electric dipoles of the I-structures are pointing in different direction randomly in water in the beginning. When first electric dipole attaches to the electrodes an emf is set up between the electrodes. This emf will force a more regular alignment of I structures in water between the two electrodes. The more aligned the electric dipoles are the higher the emf. However as time goes on the thermal vibration of water molecules will tend to cause disorder in the alignment of I structures. The emf will decrease as a result.

If we stir the I-structure water with a glass rod during measurement procedure, the emf will alter immediately and then slowly returns to its original value. The amount of I structures in the I structured water is small and their orientations are random. So the measurements are different each time as shown in Fig 2 (b) but clearly there is a common quality to the measurement which differs from that of pure water. The amount of emf measured also depends on the surface of the electrode. The sharper microstructure on the metal surface is expected to generate a bigger electric field and hence a larger realignment of I structures. These microstructures on the metal can be broken or screened by the I structures or created in cleaning by acid. When we wash the electrodes with nitric acid for cleaning purpose, we get a larger emf with the same I structured water.

We insert the same electrodes in pure water (reverse osmosis water from Ultrapure Millipore plus system). An emf of 3 (7 mV) is also seen. The emf is much smaller and changes much less in time. The control sample for emf measurement is no longer pure water because it is expected that water molecules cluster together due to the hydrogen bonding as discussed in flickering cluster model of water inside 2. In these flickering water clusters the electric dipole moments of their constituent water molecules probably do not completely cancel one another. therefore, these water clusters have some residual electric dipole moment. These small amounts of electric dipole moment probably constitute the emf that is observed here.

Some general comments on experimental procedure in measuring various physical properties of water with I structure are in order. Firstly the I structures are created not in a completely controlled fashion. The amount and size of I structures are not controlled precisely. These I structures also keep on changing in size and amount in water if it is disturbed. Qualitative definite results are reproducible but quantitative reproducible results for some measurements are almost impossible. Secondly I structures are electrical in nature. They attach to container very strongly and cannot be easily washed away. They also break up easily and I reproduce. Sometimes the more you wash with the cleanest water available to you, the more I structures you may end up with. For each measurement, it is important to establish a baseline without the influence of I structures. Otherwise measurements become meaningless and not reproducible.

> "We have measured five different properties... We find these properties are different from pure water."

Ex. "C" P.9

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

## SECTIONAL ABSTRACT

## A basic observation of $I_E$ Crystal behavior is identified regarding their being dipoles*.

*Having a positive and negative charge.

### 4. Resistivity

If the I structures in water are electric dipoles, any ion moving close to them in water will be attracted to them. When ions are attached to a much larger size I structure which could be as big as micron size, their movement in water will become slower. The mobility of ion $\mu$ becomes the mobility $\mu$ of ion plus the I structure which is larger. Hence the conductivity of structured water which is proportional to the mobility will also decrease or the resistivity will increase. We use standard resistivity meter constructed by $\Omega$ omega, CDB-94, which consists of a pair of platinum electrodes, operating at 100 Hz with a voltage of 1 volt. The results are shown in Fig. 3. There is an abrupt large change in the first minute after the voltage is applied, probably due to the rapid orientation of the I structures in water. Then as alternative voltage drives the ions attached to I, structures back and forth. It is equivalent to shaking them mechanically. I, structures break down into smaller pieces and grow bigger. Then more ions will be attached to more I structures that decreases again the conductivity.

It is, in general, easy to conceive a background mechanism that increases conductivity of pure water because most dirt contains some soluble materials that produce more ions in water and hence bigger conductivity. It is difficult to construct some simple background signal that decreases conductivity measurement. We have performed our experiment in a clean room environment, which is confirmed by the constant value of conductivity of pure water.

### 5. Fluorescence Spectra

We use Hitachi 850 Fluorescence Spectrophotometer to compare I, structured water with pure water. For pure water and ice I, there is no fluorescence spectra, whereas there is a distinct peak at $\lambda = 298$ nm using various excitation UV light at $\lambda = 200, 230, 276, 285$ nm. This is shown in Fig. 4 and 5. The interpretation is that with a big cluster of molecules in I structures, electrons may be shared among different molecules in the same I, structures, which can be excited by UV light to a new state. Fluorescence light is emitted when the new excited state jumps back to ground state.

> "If the $I_E$ structures in water are electric dipoles, any ion moving close to them in water will be attracted to them."

$Ex. "C" ? 10$

**Innovation**

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

## SECTIONAL ABSTRACT

## Observations regarding the strength of the $I_E$ Crystal as measured against ultra violet.

6. Thermal Stability

[illegible]

[illegible] described in previous [illegible] erence to pure water. We [illegible] pure water and the other [illegible] cells. The sample cell is [illegible] filled with I structured water with [illegible] UV transmission [illegible] structured water [illegible] transmission characteristic [illegible] holding the sample [illegible] down. We have shown the results [illegible] transmission characteristic returns indicating that the I [illegible] at least [illegible]

The measured absorbance A is a linear combination [illegible]

$$A = n_W A_W + n_E A_E + A_r \quad (1)$$

where $n_W$, $n_E$ are ratios of water and I structures respectively [illegible] $A_r$ is the absorbance of the reference cell. We can fit all the data with

$$A_W = 0.00864 - 0.002843\,T + 0.0001268\,T^2 \quad (2)$$

where $A_E$ = [illegible] and $A_r$ = 0.176. The amount of I structures [illegible]

| | | | | | | |
|---|---|---|---|---|---|---|
| T (°C) | 24 | 20 | 40 | [illegible] | [illegible] | [illegible] |
| $n_E$ (%) | [illegible] | 3.32 | [illegible] | 22 | [illegible] | [illegible] |

The highest concentration of $I_E$ structures in our samples is about [illegible] The [illegible] is found to have an increase of boiling temperature $\Delta T_b$ = [illegible] Using the usual formula [illegible] 514 for water and m is the molar concentration, one can deduce that the I structures have [illegible] which is consistent with that of water (= 18).

We have also heated the I structured water to 121 C at [illegible] atmospheric pressure. We see no change in its UV absorption spectrum before and after heating to such a high temperature and pressure. We also possess some samples of I structured water that has not changed its UV absorption characteristic after a period of two years. In our previous paper we mention that in a rotary evaporation unit very little change in UV spectrum is found between the original I structured water, the evaporated water and the residue water. This indicates the unit cells that constitute these I structures are stable even during evaporation process.

We have analyzed the solution for inorganic impurity with Inductance Coupling Plasma Atomic emission spectrometry (ICPAS) with metallic ions less than 0.1 ppm. We also use High Pressure Liquid Chromatography (HPLC) to determine organic impurity. We find only less than 0.2 ppm of our nucleated dielectric material that we added in the beginning. No peak from other organic compound is found.

7. Summary

We have found about 20% decrease in dielectric constant for I water at 10 GHz as compared with ordinary water. The emf generated by I water for identical stainless steel electrodes is much more than ordinary water. Passing small amounts of AC current through I water increases its resistivity significantly. Normal dirt in water has an opposite effect. Fluorescence at 298 nm peak is seen in I water but not in ordinary water. I is very stable in hot temperature up to 121 C. Different thermal response of UV absorption spectrum of I water enables us to estimate the amount of I structures in water to be as high as 3% in some cases.

***Reference***

1 Shui Yin Lo, Novel Stable Structures of Water, preprint submitted for publication.
2 See e.g. A.W. Adamson, Physical Chemistry 3rd Edition (1986) p. 2[illegible]
S.W. Benson, J. Am. Chem. Soc. 100, 7640 (1978)
3 We have viewed the solution in a fluid cell by Atomic Force Microscope. The [illegible] structures is consistent with this value. Details will be published.
4 We wish to thank Professor Selim Senkan of UCLA for his help in this measurement.

**Tables and charts available upon request.**

"The strength of the $I_E$ structured water is given by the UV transmission in percentage in reference to pure water."

Ex "C" P. 11

# NOTES



*Protecting the Environment*

Ex. "C"  P. 12

# SIMPLE SOLUTIONS

"Improving the quality of people's
lives while safeguarding
our planet's future."





EX. "C"
P. 13

## TradeNet Marketing Inc.

"The power to make a difference."



Exhibit D



# PROTOCOL FOR

# LAUNDRY DETERGENT PREFERENCE STUDY

**For: Trade Net Marketing, Inc.**

**HTR Ref No.: 97-2742-72**

Exhibit $D$
Page $2$

# Table of Contents

1.0   OBJECTIVE ................................................. 1

2.0   STUDY SPONSOR AND MONITOR .................................... 1

3.0   INVESTIGATIVE ORGANIZATION AND PERSONNEL ..................... 1

4.0   CLINICAL RESEARCH STANDARDS ................................. 1

5.0   EXPERIMENTAL DESIGN ........................................ 2

6.0   TEST ARTICLES ............................................. 2

7.0   PROCEDURE ................................................. 2
    7.1   Artificial Soiling of T-shirts ........................ 2
    7.2   Pre-conditioning of washers .......................... 2
    7.3   Wash Cycle ........................................... 2
    7.4   Cleaning of dryers ................................... 3
    7.5   Dryer Cycle .......................................... 3

8.0   EVALUATIONS ............................................... 3
    8.1   Wet Evaluation ....................................... 3
    8.2   Dry Evaluation ....................................... 3
        A.   In dryer ......................................... 3
        B.   In laundry baskets ............................... 3

9.0   STATISTICAL ANALYSIS ....................................... 4

10.0   REPORT ................................................... 4

11.0   NOTICE ................................................... 4

12.0   PROTOCOL APPROVAL ......................................... 4

Exhibit   D
Page   3

Ref. No.: 97-2742-72

1.0 **OBJECTIVE**

To compare performance results of the Laundry Solution vs. a basic detergent (unfragranced, no bleach, whiteners, softeners, etc.) using trained evaluators.

2.0 **STUDY SPONSOR AND MONITOR**

Trade Net Marketing, Inc.
1497 Main Street
Suite 301
Dunedin, Florida 34698
(813) 738-1222
(813) 738-0802

Jennifer Kemp
Executive Vice President

3.0 **INVESTIGATIVE ORGANIZATION AND PERSONNEL**

| | |
|---|---|
| Organization: | Hill Top Research, Ltd. |
| Location: | 6699 13TH Avenue North |
| | St. Petersburg, Florida 33710 |
| | |
| Telephone No.: | (813) 344-7602 |
| Fax No.: | (813) 345-5323 |
| | |
| Investigator: | Anna Nash |
| Study Manager: | Tati Bates |
| Study Coordinator: | Lynn Bruce |

4.0 **CLINICAL RESEARCH STANDARDS**

The study will be conducted in compliance with applicable Good Clinical Practice Regulations, the Standard Operating Procedures of Hill Top Research and the Protocol and Protocol amendment(s).

January 29, 1997
Page 1 of 4

Exhibit D
Page 4

*Ref. No.:* 97-2742-72

## 5.0   EXPERIMENTAL DESIGN

The study will be conducted as a blinded expert evaluation of two testing variables (listed in objective).

## 6.0   TEST ARTICLES

The study sponsor will supply an adequate amount of the test article for the execution of the study.

| HTR Code | Sponsor Code | Description |
|----------|-------------|-------------|
| G | | The Laundry Solution |
| H | | Basic Laundry Detergent |

All test articles will be returned to the sponsor following the completion of the study.

## 7.0   PROCEDURE

7.1   **Artificial Soiling of T-shirts:** (Reference ASTM methods) T-shirts will be worn by a middle school Physical Education class for one period. Subsequently these same shirts will be rolled in Vacuum Cleaner dust to simulate exaggerated use conditions of wear and environmental exposure.

7.2   **Pre-conditioning of washers:** Hill Top technicians will pre-condition washers at the onset of the study and between each load with 8 oz. of commercial white vinegar as recommended by the study sponsor.

7.3   **Wash Cycle:** Washers will be filled with water on settings for top capacity load. Detergent (code H) will be placed in the first load andThe Laundry Solution (code G) in the second load. Artificially soiled white cotton T-shirts in equivalent mid sized loads will be added to each washer and allowed to go through the complete warm wash and warm rinse cycle on cotton sturdy settings.

Exhibit D
Page 5

Ref. No.: 97-2742-72

    7.4    **Cleaning of dryers:** Prior to the onset of the study and between loads a Hill Top technician will wipe each automatic dryer with a damp towel and will clean and rinse the filter traps.

    7.5    **Dryer Cycle:** The T-shirts will be transferred from the washers to separate dryers and dried completely on the cotton/sturdy setting.

## 8.0    EVALUATIONS

All evaluations will be done by a trained panel of 2 judges.  Prior to the conduct of this sensory trial, the expert graders will review the scales and reach concensus on definitions of attributes of the laundry products.

    8.1    **Wet Evaluation:** At the completion of the washer cycle, the blinded judges will view the laundered T-shirts in the washers to document the positioning of the clothes in the machine.  The clothes will then be removed to laundry baskets and the judges will complete a brief questionnaire regarding the appearance, odor, feel, etc. of the wet T-shirts.  The survey of Wet Laundry is Attachment A to the protocol.

    8.2    **Dry Evaluation:**

        A. **In dryer:** At the end of the drying cycle, the blinded judges will complete a brief questionnaire describing the positioning and static levels of the dry T-shirts, prior to removal from the dryer.  After both judges have done independent evaluations in the machines the clothes will be transferred to laundry baskets.

        B. **In laundry baskets:** The T-shirts will be placed in two separate laundry baskets labeled with only the corresponding coding to identify the washing regimen.  These baskets will be placed on tables and folding screens will be erected to separate the tables for privacy.  The trained evaluators will compare the T-shirts based on appearance, static, odor, feel, etc.

Exhibit D
Page 6

## ATTACHMENT A

### Wet Laundry Evaluation

Judge's Initials:  NG
Product Test Code: ____H____

Initial Evaluation: After the wash and rinse cycle is completed for each load the judges will independently assess the positioning of the clothing in the machine.

1.  Observation of laundry in the washer.  Select position that best describes this load.

     ___ compressed tightly against the walls of the machine
     _✓_ compressed loosely against the walls of the machine
     ___ some pieces adhering to walls, others scattered loosely at bottom
     ___ most pieces scattered loosely at bottom

Evaluation of wet loads in laundry hampers: After a technician transfers the laundry to baskets, the judges will complete their independent evaluations by rating the following product attributes:

| Attribute | Not at all | negligible | slight | moderate | strong | extreme |
|---|---|---|---|---|---|---|
| slip | ✓ | | | | | |
| soapiness | ✓ | | | | | |
| stiffness | | ✓ | | | | |
| softness | | | ✓ | | | |
| malodor present * | | | ✓ | | | |
| clean feel | | | | | ✓ | |

* If malodor was detected, please describe. _Z. Ci-rce_s_ c,3_
_2 4 3,.3, 4,_

## ATTACHMENT A

### Wet Laundry Evaluation

Judge's Initials:  NG
Product Test Code:  ___G___

<u>Initial Evaluation:</u> After the wash and rinse cycle is completed for each load the judges will independently assess the positioning of the clothing in the machine.

1. Observation of laundry in the washer.  Select position that best describes this load.

   ___ compressed tightly against the walls of the machine
   _✓_ compressed loosely against the walls of the machine
   ___ some pieces adhering to walls, others scattered loosely at bottom
   ___ most pieces scattered loosely at bottom

<u>Evaluation of wet loads in laundry hampers:</u> After a technician transfers the laundry to baskets, the judges will complete their independent evaluations by rating the following product attributes:

| Attribute | Not at all | negligible | slight | moderate | strong | extreme |
|-----------|-----------|-----------|--------|----------|--------|---------|
| slip |  | ✓ |  |  |  |  |
| soapiness |  | ✓ |  |  |  |  |
| stiffness | ✓ |  |  |  |  |  |
| softness |  |  |  | ✓ |  |  |
| malodor present * | ✓ |  |  |  |  |  |
| clean feel |  |  |  | ✓ |  |  |

* If malodor was detected, please describe._____

Exhibit _D_
Page _8_

Study Number: 97-2742-72

## ATTACHMENT B
## Dry Laundry Evaluation

Judge's Initials: MP
Product Code: ___G___

<u>Initial Evaluation:</u> After the clothes have completely dryed and the cycle has just completed, judges will evaluate the laundry in the dryer first for position, then for static.

1) Describe the general position of the T-shirts in the dryer from the choices below:

    __ compressed tightly against the dryer walls
    __ compressed loosely against the dryer walls
    √ some pieces clinging to walls, some loose at base of dryer
    __ most pieces loose at base of dryer

2) Rate the level of static felt when clothes are separated in the dryer.

    √ none at all          __ moderate
    __ negligible          __ strong
    __ slight              __ extreme

3) Rate the amount of lint visible in the dryer lint trap.

    __ none             __ moderate
    √ negligible        __ strong
    __ slight             __ extreme

<u>Attribute Evaluation:</u> Rate each attribute listed on the left by selecting the intensity measure on the right.

| Attribute | not at all | negligible | slight    moderate | strong    extreme |
|---|---|---|---|---|
| static | √ | | | |
| softness | | √ | | |
| stiffness | | | √ | |
| staining | | | | √ |
| visible dirt | √ | | | |
| malodor* | √ | | | |

* If malodor noted, please describe:_____

Exhibit _D_
Page _9_

Study Number: 97-2742-72

## ATTACHMENT B
### Dry Laundry Evaluation

Judge's Initials: NG
Product Code: ___H___

<u>Initial Evaluation:</u> After the clothes have completely dryed and the cycle has just completed, judges will evaluate the laundry in the dryer first for position, then for static.

1) Describe the general position of the T-shirts in the dryer from the choices below:

___ compressed tightly against the dryer walls
___ compressed loosely against the dryer walls
___ some pieces clinging to walls, some loose at base of dryer
✓ most pieces loose at base of dryer

2) Rate the level of static felt when clothes are separated in the dryer.

___ none at all              ___ moderate
✓ negligible                 ___ strong
___ slight                    ___ extreme

3) Rate the amount of lint visible in the dryer lint trap.

___ none                     ✓ moderate
___ negligible               ___ strong
___ slight                    ___ extreme

<u>Attribute Evaluation:</u> Rate each attribute listed on the left by selecting the intensity measure on the right.

| Attribute | not at all | negligible | slight | moderate | strong | extreme |
|---|---|---|---|---|---|---|
| static |  | ✓ |  |  |  |  |
| softness |  |  |  | ✓ |  |  |
| stiffness |  | ✓ |  |  |  |  |
| staining |  |  |  |  |  | ✓ |
| visible dirt |  |  |  |  | ✓ |  |
| malodor* |  | ✓ |  |  |  |  |

* If malodor noted, please describe: _grassy_

Exhibit D
Page 10



# REPORT FOR

# STATIC Evaluation
# of Laundry Solution

## HTR PROJECT NO. 97-2750-72

FOR

**Trade Net Marketing, Inc.**
**1497 Main Street**
**Suite 301**
**Dunedin, Florida 34698**

Exhibit _D_
Page _II_

Project No. 97-2750-72

## 1.0   SUMMARY

Results of the study showed an increase in the negative charge of the Laundry
Solution test globe from - 107.0 at baseline (before laundry cycle) to - 497.0 at
the final reading (post laundry cycle).

- The objective of the study was to compare the level of static of The
  Laundry Solution globe before and after it is used in an automatic
  washing machine during a normal laundry cycle.

- The study design was monadic with a single cell.

- The test article used in this study was the plastic, liquid filled globe,
  called The Laundry Solution.

March 7, 1997
Page 1 of 3

Exhibit _D_
Page __12__

Project No.  97-2750-72

# HILL TOP RESEARCH, INC.

## IMPORTANT NOTICE

Hill Top Research, Ltd. submits this report with the understanding that no portion of it will be used for advertising or promotion without obtaining our prior written consent to the specific proposed use.  When such use is desired we will be glad to assist in the preparation of mutually acceptable excerpts or summaries.

## SAMPLE DISPOSAL PROCEDURE

Unless the client requests otherwise, it is Hill Top Research's practice to store test samples for one (1) month after a study is concluded.  The samples are then destroyed.

New drugs and investigational devices are handled on an individual basis as worked out with the client.

## DATA RETENTION

All study documents and the original final report will be on file in the Hill Top Companies Records Center for a period of not less than two years, unless indicated otherwise on the Study Summary and Authorization Form.  A permanent record will be retained in the form of microfilm.

Exhibit  D

Page  13

Study Number 97-2742-72

**Dry Laundry**

| Attribute | Laundry Solution | Classic XTRA |
|---|---|---|
| static | 0 | .5 |
| Softness | 2 | 2.5 |
| Stiffness | 1.5 | 1 |
| staining | 4.5 | 4.5 |
| Visible dirt | 0 | 2 |
| malodor | 0 | .5 |

In the dryer from the Classic detergent, the clothes were loose at the base of the dryer after the cycle completed. In the Laundry Solution load the clothes were perceived between slight clinging to sides, and completely loose at dryer base.

In the LS load there was no static noted in the dryer, while there was none to negligible static noted in the CX load. There was more lint noted in the CX load than in the LS load.

Although the sample size is not sufficient to show significance in the resulting data, it appears that the expert judges did not see differences between the Laundry Solution and the competitor product.

Exhibit ___D___
Page ___14___

Summary Report for Trade Net Marketing, Inc.

Provided by: Hill Top Research, Ltd.
6699 13th Avenue North
St. Petersburg, Florida   33710

Study Number: 97-2747-72

## Objective:

A blinded expert evaluation of The Laundry Solution against Classic XTRA laundry detergent was conducted to compare the two products on various performance attributes. This study was designed to serve as a pilot trial to predict how performance of The Laundry Solution will compare with that of a basic marketed detergent when tested by consumers.

## Study Design:

PE (PHYSICAL ED)

Equal loads of white cotton T-shirts were preconditioned by a middle school preschool class to simulate conditions of soiled, stained laundry. Two wash loads were run under identical conditions and evaluated wet, by trained judges for feel, odor and positioning in the machine. The loads were then dried under identical conditions and evaluated by the judges for feel, stains, dirt, odor, positioning in the machine and presence of static. Additionally, the lint traps were observed for deposition of fibers after the individual test loads.

## Results:

The judges rated each of the attributes listed below using a scale of 0 to 5, 0= none. 1= negligible, 2=slight, 3=moderate, 4=strong, 5=extreme.

Wet Laundry

| Attribute | Laundry Solution | Classic XTRA |
|---|---|---|
| slip | .5 | 0 |
| soapiness | .5 | 0 |
| stiffness | 1 | 1 |
| softness | 1.5 | 2.5 |
| Malodor | 1 | 2 |
| clean feel | 3.5 | 3.5 |

In both test groups the wet laundry was observed in the machine to be compressed between tightly and moderately against the walls of the machine.

Exhibit _D_
Page _15_



# AMERICAN TECHNOLOGIES GROUP

4/1/1997

# R & D REPORT

# WATER STRUCTURING
# BY TRADENET LAUNDRY BALL

*Unusual Properties of Water*

Water and its anomalous characteristics have been puzzling scientists for a very long time. Water grows lighter rather than heavier when it freezes, and demonstrates a maximum density at 4°C. The surface tension of water is abnormally large in relation to the size of the molecules. The X-Ray scattering data suggests about 4-5 nearest neighbors in liquid water as compared to 4 in the ice structure (Adamson, 1986).

*Water Clusters*

A number of models have been proposed based on water clustering effect to account for such unusual properties of water. Negatively charged water clusters of eight or more molecules have been shown to be common (Armbruster, 1981). Larger clusters with 50-100 water molecules were predicted by work of Nemethy and Scheraga (1962) and Benson (1978). Unique complex structures of water molecules surrounding charged ions have been described by many others (Banic, 1981; Egelstaff, 1986; Fowler, 1981; Lee, 1981). Small ions order their immediately neighboring water molecules into a local structure that differs significantly from the bulk liquid (Adamson, 1986). Advances in laser spectroscopy and theoretical dynamics method have allowed highly detailed studies of small water clusters and offered insights into aqueous solvation and hydrogen-bond network rearranging dynamics (Liu et al., 1996).

Stable rigid structures, such as ice VI, are known to be formed by water molecules at room temperature and at high pressure (> 7 kB) (Fletcher, 1970). A dissolved salt appears to cause an effect on water similar to that produced by a high external pressure (Stumm and Morgan, 1981). Recently, stable rigid structures (called $I_E^{tm}$ structures which stands for ice formed under electric field) formed from water molecules at room temperature and normal pressure at suitable dilution of ions in water were described. The physical hypothesis behind these $I_E$ structures is that the electric dipole moment of water molecules play a dominant role to attract themselves together to form $I_E$ structures, which itself may have some electric dipole
1996; Lo et al., 1996).

Exhibit D

## Properties of $I_E$ Structures

Electrical and other properties of $I_E$ structures have been studied by scientists at American Technologies Group (ATG) (Lo, 1996; Lo et al., 1996). We have measured six different properties: dielectric constants, the electromotive force (emf) using two identical electrodes; resistivity; fluorescence; stability as a function of temperature, and UV transmission. We find these properties to be different from pure water. In our experiments pure water was supplied by Millipore RO Plus system; it had 18 megaohms of resistance and less than 10 parts per billion (ppb) Total Dissolved Solids.

Compared with pure water, there is an approximate 20% decrease in dielectric constant for $I_E$ water at MHz, an increase of emf generated by $IE$ water between two identical stainless steel electrodes, and an increase in resistivity to AC current.

For pure water and ice I, there is no fluorescence spectra (Hitachi 850 Fluorescence Spectrophotometer), whereas there is a distinct peak at $\lambda = 298$ nm using various excitation UV light at $\lambda = 200, 250, 276, 285$ nm. The interpretation is that with a big cluster of molecules in $I_E$ structures, electrons may be shared among different molecules in the same $I_E$ structures, which can be excited by UV light to a new state. Fluorescence light is emitted when the new excited state jumps back to ground state.

$I_E$ is stable in hot temperature up to 121°C. Different thermal response of UV absorption spectrum of $I_E$ water enables us to estimate the amount of $I_E$ structures in water to be as high as three percent in some cases.

$I_E$ structures can be identified by the signature maximum adsorption spectra in UV region. Figure 1 shows an example of such spectra measured with a dual beam Perkin-Elmer Lambda 2S spectrophotometer with a standard reference cell filled with pure water.

## Purity of $I_E$ Solutions

We analyzed $I_E$ solutions for inorganic impurities with a Perkin-Elmer (Norwalk, CT) 5000 Inductive Coupled Plasma Mass Spectrometer (ICP/MS) and identified less than 1 ppb of metal ions. $I_E$ solutions were analyzed for organic impurities using High Pressure Liquid Chromatography (HPLC). No organic material was detected. We also used an evaporator to produce $I_E$ condensate. The evaporated and condensed solution had similar UV transmission characteristic (Lo et al., 1996). This strongly suggests that signature UV spectra of solutions containing $I_E$ due to structures and not due to an impurity.

## Electron Microscope Pictures of $I_E$ Structures

The direct evidence for existence of these stable $I_E$ structures comes from pictures taken with the electron microscope. A solution with $I_E$ structures was filtered through a 0.1 µm filter paper and then was sputter coated with carbon. The carbon coated filter paper was dissolved in boiling chloroform for twenty minutes. Water and $I_E$ structure were dissolved away and only carbon skeletons remained. Hitachi transmission microscope H600A was used to take the pictures. The X-ray emitted by the striking electron beam was also examined. If there is any impurity such as solid salt or biological entity, a characteristic X-ray of their constituent atoms by atomic excitation will be emitted. No such characteristic X-rays were seen. Hence it is concluded that the skeleton pictures are not from impurities in the water or biological specimen such as bacteria or virus. The pictures are consistent with the hypothesis that the $I_E$ structures are made up of water molecules alone (Figure 2). When pure water was treated the same way, none of these structures were identified.

Water Structuring By TradeNet Laundry Ball

TradeNet's laundry products use a new technology which enhances nature's most perfect solvent--pure water

TradeNet's ball contains our patented solution containing $I_E$ crystals. These crystals although harmless, since they are made from aligned water molecules, retain their form in boiling liquids. When water molecules are aligned, strong electric fields are formed. This very strong electrical field accounts for the many special properties the $I_E$ has, including generation of new $I_E$ structures without direct contact on molecular level. In other words, $I_E$ can be formed in water outside of a container by electric field produced by concentrated $I_E$ solution inside the container and projecting through container's walls

This hypothesis was confirmed by the results of sample analysis of several globes with a dual beam Perkin-Elmer Lambda 2S spectrophotometer and transmission electron microscopy with Hitachi transmission microscope H600. The TradeNet laundry ball (Laundry Ball) initiated formation of at least 1,500 $I_E$ mega structures per ml of water, each consisting of 1-10 smaller clusters of individual water molecules (Figure 3). Such structures were not identified in water into which a control ball containing pure water and food dye was introduced

Therefore, the TradeNet Laundry Ball induces $I_E$ formation in the water in which it is placed. $I_E$ structures have large electric dipole moments. The electrostatic forces between any two adjacent dipole is huge. They either join each other head to tail or side by side, creating an electric field. This field, accordingly to models for the molecular polarizability (Jackson 1962), distorts the charge distributions and so produces an induced dipole in each molecule in the solution. Therefore, we expect particles of dirt in laundry to form dipoles, that will be attracted by large dipoles of $I_E$ clusters similarly to charged hair-comb picking up bits of paper

Soaps and detergents work by enhancing the water's native ability to dissolve dirt. Detergents reduce the surface tension of the water thereby enhancing the dissolving action. Foaming agents create little bubbles to help carry away the dirt and oil from the cloth, so it can all be rinsed away. The perfect cleaning agent would be one that would give you the same effect as a detergent but without creating the environmental problems. We are not saying that one might not need some additional bleaching agents for particular stains, just like bleach-free detergents won't remove ink from a white shirt. But it is possible to replace the major action of detergents with water which contains $I_E$ clusters.

*References:*

Adamson, A. (1986) "A Textbook of Physical Chemistry", 3rd ed. Academic Press College Division, Florida.

Armbruster, M. (1981) *Phys. Rev. Lett.* **47(5)**, 323.

Benson, S. W. (1978) *J. Amer. Chem. Soc.* **100**, 5640

Egelstaff, P. A. (1986) *Chem. Phys.* **101(1)**, 175

Fletcher, N. (1970) "The Chemical Physics of Ice". Cambridge University Press, Cambridge

Fowler, R.W. (1981). *Mol. Phys.* 43(1), 65

Lee, W.K. (1981). *J. Chem. Phys.* 75(6), 3040

Liu, K., Cruzan, J.D., and Saykally, R.J. (1996) *Science* 271, 929.

Lo, S.Y. (1996) *Modern Phys. Lett. B* 10(19), 909

Lo, S.Y., Lo, A., Chong, L.W., Tianzhang, L., Hua, L.H., and Geng, X. (1996) *Modern Phys. Lett. B* 10(19), 921.

Nemethy, G. and Scheraga, H.A. (1962). *J. Chem. Phys.* 36, 3382.

Stumm, W. and Morgan, J.J. (1981). "Aquatic Chemistry: An Introduction Emphasizing Chemical Equilibria in Natural Waters", 2nd ed. John Wiley & Sons, New York

Exhibit D
Page 19

Figure 1  UV Spectra of I$_E$ Solution
Inside TradeNet Ball.
The control measurement of pure water
produced flat curve (not shown).



Exhibit _D_
Page __2C__

# TRADENET LAUNDRY BALL

magnification in thousands shown as the
first two digits of the numeric code

I₈ structures induced by the ball in pure
water (<10 ppb total dissolved solids)
overnight.









Exhibit _D_
Page __21__

# Figure 2

## TRADENET LAUNDRY BALL

magnification in thousands shown as the first
two digits of the numeric code

I₂ structures in the solution inside the
ball.






Exhibit _D_
Page _22_

## US Department of Labor

Form

Approved

R1378

Occupational Safety and Health Administration

OMB No ++

# MATERIAL SAFETY DATA SHEET

Required under the USDL Safety and Health Regulations 29CFR1915,1916,1917)

## SECTION I - GENERAL

| | |
|---|---|
| MANUFACTURER'S NAME: NO. | EMERGENCY TELEPHONE |
| American Technologies Group Inc | 818-357-5000 |
| ADDRESS: | TRADE NAMES/SYNONYMS |
| 1017 South Mountain Avenue  Monrovia  CA 91016 | I$_g$ Crystal Laundry Solution |
| CHEMICAL FAMILY | FORMULA |
| CAS No | |
| $_g$ Crystal Structured Water | H$_2$O plus I$_g$ structures |
| Blue Food Color #1 | |
| Citric Acid | |
| Sodium Benzoate | |
| DOT ID No. | |

## SECTION II - HAZARDOUS INGREDIENTS

| PAINTS,PRESERVATIVES,SOLVENTS | % | TLV | ALLOYS/METALLIC COATINGS | %TLV |
|---|---|---|---|---|
| PIGMENTS | | | BASE MATERIAL | |
| Blue Food Color#1 | 0 12% | | None Used | |
| CATALYST | | | ALLOYS | |
| None Used | | | None Used | |
| VEHICLE | | | METALLIC COATINGS | |
| None Used | | | None Used | |
| SOLVENTS | | | FILLER METAL/COATING/CORE FLUX | |
| None Used | | | None Used | |
| ADDITIVES | | | OTHERS | |
| None Used | | | None Used | |
| OTHERS | | | | |
| None Used | | | | |

## SECTION III - PHYSICAL DATA

| | | | |
|---|---|---|---|
| BOILING POINT(F) | 212 | SPECIFIC GRAVITY | 1 000 |
| VAPOR PRESSURE(mmHg) | 32.4 | %VOLATILE BY VOL. | 100% |
| SOLUBILITY IN WATER | At 20C Complete | EVAP RATE(BuAc=1) | <3 |
| APPEARANCE AND ODOR | Blue liquid, no odor | | |

## SECTION IV - FIRE AND EXPLOSION HAZARD DATA

Form OSHA-2  Rev May 72   GPO 9 30 540

Issued  Jan 1996    Revised  Original Issue

Exhibit D

Page 23

| FLASH POINT (Method Used) | NonFlammable | FLAMMABLE LIMITS |
|---|---|---|
| | | LeL    UeL |
| | | None    None |

EXTINGUISHING MEDIA
    None needed. Treat the same as water
SPECIAL FIRE FIGHTING PROCEDURES
    None Needed. Treat the same as water
UNUSUAL FIRE AND EXPLOSION HAZARDS
    Heat above 212F will build pressure and steam will rupture closed storage containers

## SECTION IV - HEALTH HAZARD DATA

| OSHA | TWA    N/A | ACGIh TLV-TWA    N/A | NIOSH 10 hr TWA    N/A |
|---|---|---|---|
| | STEL    N/A | TLV-STEL    N/A | 15 min ceiling    N/A |
| Ceiling  N/A | Concentration immediately dangerous to health    N/A | | Odor Threshold N/A |

EFFECTS OF OVEREXPOSURE
    None

EMERGENCY AND FIRST AID PROCEDURES
Treat the same as water
Inhalation: None   Eye contact:  None   Skin Contact:  None    Ingestion: None

## SECTION V - REACTIVITY DATA

| STABILITY | STABLE | UNSTABLE | CONDITIONS TO AVOID |
|---|---|---|---|
| | X | | Avoid heating closed containers |
| INCOMPATIBILITY(Materials to Avoid) | Strong oxidizing agents, strong acids. | | |

HAZARDOUS DECOMPOSITION PRODUCTS
    None

| HAZARDOUS POLYMERIZATION | MAY OCCUR | |
|---|---|---|
| | WILL NOT OCCUR | x |

## SECTION VI - SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS LEAKED OR SPILLED
Product can be cleaned with the same procedures as  a water spill
WASTE DISPOSAL METHOD
Can be disposed of in the same procedures as water. Hazardous waste number  None

## SECTION VII - SARA TITLE III DATA

| Hazard Classification | | Chemical Listing | |
|---|---|---|---|
| Immediate Health | No | Extremely Hazardous Substance | No |
| Delayed health | No | CERCLA Hazardous Substance | No |
| Fire | No | Toxic Chemicals | No |
| Sudden Release | No | | |
| Reactive | No | | |


Exhibit D
Page 24

Case 8:99-cv-00944-SCB   Document 1   Filed 04/21/99   Page 55 of 75 PageID 55

Modern Physics Letters B. Vol. 10, No. 19 (1996) 921–930
© World Scientific Publishing Company

# PHYSICAL PROPERTIES OF WATER WITH $I_E$ STRUCTURES

SHUI-YIN LO* [‡] ANGELO LO* LI WEN CHONG[†] LIN TIANZHANG*
LI HUI HUA[†], and XU GENG[†]

*American Technologies Group 1017 South Mountain Avenue. Monrovia. CA 91016 USA
[†]Zhongshan University, Physics Department, Guangzhou 510275 China
[‡]Visiting Associate Department of Chemistry, California Institute of Technology.
Pasadena CA 91125, USA

Received 27 February 1996

Various physical properties of water with $I_E$ structures are measured. Compared with
ordinary water there is an approximate 20% decrease in dielectric constant for $I_E$ water
at MHz as an increase of emf generated by $I_E$ water between two identical stainless steel
electrodes, and an increase in resistivity to AC current. Fluorescence at 298 nm peak is
seen in $I_E$ water but not in ordinary water. From the thermal variation of UV absorption
spectrum, one can estimate the amount of $I_E$ structure to be up to 3%. The elevation
of boiling point due to $I_E$ structure can then be used to calculate the molecular weight
of $I_E$ structure to be the same as water molecule

## 1. Introduction

Recently it has been suggested that stable rigid structures (called $I_E$ structures
which stands for ice formed under electric field) can be formed from water molecules
at room temperature and normal pressure.[1] Rod-like structures are identified in
photographs taken by transmission electron microscope. The physical hypothesis
behind these $I_E$ structures is that the electric dipole moment of water molecules
play a dominant role to attract themselves together to form $I_E$ structures, which
itself may have some electric dipole moment. To justify such an hypothesis, it
is necessary to look for electrical and other properties of these $I_E$ structures. We
have measured five different properties: dielectric constants; the electromotive force
(emf) using two identical electrodes: resistivity; fluorescence; stability as a function
of temperature. We find these properties are different from pure water. Pure water
shall be defined to be used in this paper as having 18 megaohms of resistance
and having less than several parts per billion Total Dissolved Solids, which for our
experiment is supplied by Millipore RO Plus system.

## 2. Dielectric Constant

Water molecule has a very large electric dipole moment and is forced to rotate
to respond to an alternate external electric field. Hence water as a liquid has a



922   S.-Y. Lo et al.



(a)



(b)

Fig. 1. (a) Real $\epsilon'$ and Imaginary $\epsilon''$ part of the dielectric constant $\epsilon$ for distilled water $\epsilon_1$, and water with $I_E$ structure $\epsilon_2$. The $I_E$ structured water is prepared as discussed in Ref. 1. Within the bracket, impedance matching of external circuit with internal circuit is most optimal. (b) The absolute value $\epsilon$ of dielectric constant and its phase $\theta$ of $I_E$ structured water.

Exhibit
Page

very large dielectric constant 80. If water molecules group together to form larger structures such as the $I_E$ structure that is proposed, then the resulting structured water should have a larger dielectric constant. When an external AC field is applied, these $I_E$ structures will respond and cause a change of the dielectric constant. We use the Hewlett Packard Corp. 4192A LF Impedance Analyzer (5 Hz $\sim$ 13 MHz) to measure the pure and the imaginary parts of the dielectric constant $\varepsilon = \varepsilon' + \iota\varepsilon''$ of structured water and pure water. This is shown in Fig. 1. The absolute value of dielectric constant and its phase $\theta$ of $I_E$ structured water is also presented separately in Fig. 1(b). There is a minimum value of the phase at around 1 kHz. The distilled water has a dielectric value $\varepsilon_1 = (\varepsilon_1'^2 + \iota\varepsilon_2'')^{1/2} \cong 80$ at frequency $\sim 10^6$ Hz. and the $I_E$ structured water has a twenty percent smaller dielectric constant $\varepsilon_2 = (\varepsilon_2'^2 - \iota\varepsilon_2''^2)^{1/2}$

## 3. Electromotive Force

It is well known in electrochemistry that an emf is generated between two different electrodes in a solution and no emf is generated between same electrodes in a solution. We immerse a pair of stainless electrodes in $I_E$ structured water, and we have found that a finite emf of 10 mV or more is generated. In Fig. 2(a), we have shown one typical curve for a concentrated $I_E$ structured water that lasts for an hour. The first 2 to 3 minutes irregular reading, then approaches a maximum of 38 mV, and then drops slowly over the next hour. Figure 2(b) shows emf for a variety of $I_E$ structure water. The physical explanation of these figures is that the electric dipoles of the $I_E$ structures are pointing at different direction randomly in water in the beginning. As the first electric dipole attaches to the electrodes an emf is set up between the electrodes. This emf will force a more regular alignment of $I_E$ structures in water between the two electrodes. The more aligned the electric dipoles are, the higher the emf. However as time goes on the thermal vibration of water molecules will tend to cause disorder in the alignment of $I_E$ structures. The emf will decrease as a result.

If we stir the $I_E$ structure water with a glass rod during measurement procedure, the emf will alter immediately, and then slowly returns to its original value. The amount of $I_E$ structures in the $I_E$ structured water is small, and their orientations are random. So the measurements are different each time as shown in Fig. 2(b), but clearly there is a common quality to the measurement which differs from that of pure water. The amount of emf measured also depends on the surface of the electrode. The sharper microstructure on the metal surface is expected to generate a bigger electric field, and hence a larger realignment of $I_E$ structures. These microstructures on the metal can be broken or screened by the $I_E$ structures or created in cleaning by acid. When we wash the electrodes with nitric acid for cleaning purpose, we get a larger emf with the same $I_E$ structured water.

We insert the same electrodes in pure water (reverse osmosis water from Ultra-pure Millipore plus system). An emf of 3 $\sim$ 7 mV is also seen. The emf is much smaller and changes much less in time. The control sample for emf measurement is



Exhibit *D*
Page *21*

924   S.-Y. Lo et al.



(a)

(b)

Fig. 2. (a) A typical emf generated by a concentrated $I_E$ structured water on two stainless steel electrodes. (b) Emf generated by a variety of $I_E$ structured water on two stainless electrodes. The $I_E$ structured water are prepared in a way described in Ref. 1 for NaCl solution with various molar concentrations: Y9 ($10^{-11}$ M), Y5 ($10^{-7}$ M), Y4 ($10^{-6}$ M), Y3 ($10^{-5}$ M).

no longer pure water because it is expected that water molecules cluster together due to the hydrogen bonding as discussed in flickering cluster model of water inside.[2] These flickering water clusters the electric dipole moment of their constitute water

Exhibit D
Page 28

molecules probably do not completely cancel one another, therefore, these water clusters have some residue electric dipole moment. These small amount of electric dipole moment probably constitute the emf that is observed here.

Some general comments on experimental procedure in measuring various physical properties of water with $I_E$ structure are in order. Firstly, the $I_E$ structures are created not in a completely controlled fashion. The amount and size of $I_E$ structures are not controlled precisely. These $I_E$ structures also keep on changing in size and amount in water if it is disturbed. A qualitative definite results are reproducible, but a quantitative reproducible results for some measurements are almost impossible. Secondly, $I_E$ structures are electrical in nature. They attach to container very strongly and cannot be easily washed away. They also break up easily and reproduce. Sometimes the more you wash with the cleanest water available to you, the more $I_E$ structures you may end up with. For each measurement, it is important to establish a base line without the influence of $I_E$ structures. Otherwise measurements become meaningless and not reproducible.

## 4. Resistivity

If the $I_E$ structures in water are electric dipoles, any ion moving close to them in water will be attracted to them. When ions are attached to a much larger size $I_E$ structures which could be as big as micron size, their movement in water will become slower. The mobility of ion $\mu_i$ becomes the mobility $\mu$ of ion plus the $I_E$ structure, which is larger. Hence the conductivity of structured water which is proportional to the mobility will also decrease. Or the resistivity will increase. We use standard resistivity meter constructed by $\Omega$ omega, CDB-94, which consists of a pair of platinum electrodes, operating at 100 Hz with a voltage of 1 volt. The results are shown in Fig. 3. There is an abrupt large change in the first minute after the voltage is being applied probably due to the rapid orientation of the $I_E$ structures in water. Then as alternative voltage drives the ions attached to $I_E$ structures back and forth. It is equivalent to shaking them mechanically. $I_E$ structures break down into smaller pieces and grow bigger. Then more ions will be attached to more $I_E$ structures that decreases again the conductivity.

It is, in general, easy to conceive a background mechanism that increases conductivity of pure water because most dirt contains some soluble materials that produce more ions in water and hence bigger conductivity. It is difficult to construct some simple background signal that decreases conductivity measurement. We have performed our experiment in a clean room environment, which is confirmed by the constant value of conductivity of pure water.

## 5. Fluorescence Spectra

We use Hitachi 850 Fluorescence Spectrophotometer to compare $I_E$ structured water with pure water. For pure water and ice I, there is no fluorescence spectra, whereas there is a district peak at $\lambda = 298$ nm using various excitation UV light at $\lambda = 200$,


Exhibit $D$
Page $\underline{29}$

926   *S.-Y. Lo et al.*



Fig. 3. Resistivity of concentrated $I_E$ structured water prepared as discussed in Ref. 1 under AC voltage as a function of time.

230, 276, 285 nm. This is shown in Figs. 4 and 5. The interpretation is that with a big cluster of molecules in $I_E$ structures, electrons may be shared among different molecules in the same $I_E$ structures, which can be excited by UV light to a new state. Fluorescence light is emitted when the new excited state jumps back to ground state.

## 6. Thermal Stability

An interesting question on $I_E$ structures is how stable is it with respect to heat? We have put $I_E$ structured water in quartz cells and observe its UV transmission characteristics. We prepare different strength of $I_E$ structured water by method described in previous paper. The strength of the $I_E$ structured water is given by the UV transmission in percentage in reference to pure water. We use a dual beam Perkin Elmer Lambda 2S spectrophotometer. One reference cell is filled with pure water and the other cell is filled with structured water. The UV transmission $T$ is a ratio of readings through the two cells. The sample cell is first filled with pure cell to get a baseline of almost $T = 100\%$ reading. Then the simple cell is filled with $I_E$ structured water with various strength for UV transmission measurement.

Exhibit D
Page 30

Case 8:99-cv-00944-SCB   Document 1   Filed 04/21/99   Page 61 of 75 PageID 61



Fig. 4. Absorption spectrum. Excitation (Ex) spectrum and Fluorescence (Fl) spectra of $I_E$ water Two arrows mark the excitation wavelength (220 & 270.2 nm) where we measured. They are located under the absorption band 230.6 nm and 276.7 nm. They both have the same fluorescent peak at 298 nm.

The difference of transmission of these two UV transmission measurement at wave length $\lambda = 190$ nm is used as a measure of the strength of various $I_E$ structured water. So a $T = 2.3\%$ solution is a weak solution, and 80% is a strong solution. Then we measure the UV transmission characteristic for 2.4%, 20%, 40%, 60%, 80% and 96% solution as a function of temperature. The cell holding the sample is heated up through warm water bath gradually from room temperature to 80°C and then cool down. We have shown the results in Fig. 6. We also find that as the cell cools down from 80°C to room temperature, UV transmission characteristic returns indicating that the $I_E$ structures are stable under heating to at least 80°C.

The measured absorbance A is a linear combination of those from water $A_w$ and $I_E$ structures $A_I$:

$$A = r_w A_w + r_I A_I - A_r \qquad (6.1)$$

where $r_w$, $r_I$ are ratios of water and $I_E$ structures respectively in the solutions with $r_w + r_I = 1$ and $A_r$ is the absorbance of the reference cell. We can fit all the data with:

$$A_w = -0.00864 - 0.002843T + 0.00012688\ T^2 \qquad (6.2)$$

where $A_I = 77.11$ and $A_r = 0.176$. The amount of $I_E$ structures in various solutions are

| $T(\%)$ | 2.4 | 20 | 40 | 60 | 80 | 96 |
|---------|-----|-----|-----|-----|-----|-----|
| $r_I(\%)$ | 0.06 | 0.32 | 0.60 | 1.22 | 2.18 | 3.79 |

Exhibit D
Page 31

928   S.-Y. Lo et al.



Fig. 5. Fluorescence spectra of $I_E$ water from various excitations at 200 nm, 230 nm, 276 nm, and 285 nm.

The highest concentration of $I_E$ structures in our samples is about 3.79%.[3] The solution with $t = 96\%$ is found to have an increase of boiling temperature $\Delta T_b = 1.0°C$.[4] Using the usual formula $\Delta T_b = K_b m$ where $K_b = 0.514$ for water and $m$ is the molar concentration, one can deduce that the $I_E$ structures have a molecular weight of 17.5, which is consistent with that of water (=18).

We have also heated the $I_E$ structured water to 121°C at 1.1 atmospheric pressure. We see no change in its UV absorption spectrum before and after heating to such a high temperature and pressure. We also possess some samples of $I_E$ structured water that does not change its UV absorption characteristic after a period

Exhibit D
Page 32



(a)

(b)

Fig. 6. (a) Absorbance measurement of solutions with various concentration of $I_E$ structures as a function of temperature. (b) The variation of absorbance at different temperature for UV spectrum from $\lambda = 190$ nm to 250 nm for a concentrate $I_E$ structured water with $T = 20\%$. All measurements are made in exactly same mechanical arrangement of all equipments and sample with only hot water circulating.

Exhibit D
Page 33

930   *S.-Y. Lo et al.*

of two years. In our previous paper we mention that in a rotary evaporation unit, very little change in UV spectrum is found between the original $I_E$ structured water, the evaporated water, and the residue water. This indicates the unit cells that constitute these $I_E$ structures are stable even during evaporation process.

We have analyzed the solution for inorganic impurity with Inductance Coupling Plasma Atomic emission spectrometry (ICPAS) with metallic ions less than 0.1 ppm. We also use High Pressure Liquid Chromatography (HPLC) to determine organic impurity. We find only less than 0.2 ppm of our nucleated dielectric material that we added in the beginning. No peak from other organic compound is found.

## 7. Summary

We have found about 20% decrease in dielectric constant for $I_E$ water at $10^6$ Hz, as compared with ordinary water. The emf generated by $I_E$ water for identical stainless steel electrodes is much more than ordinary water. Passing small amount of AC current through $I_E$ water increases its resistivity significantly. Normal dirt in water has an opposite effect.

Fluorescence at 298 nm peak is seen in $I_E$ water but not in ordinary water. $I_E$ is very stable in hot temperature up to 121°C. Different thermal response of UV absorption spectrum of $I_E$ water enables us to estimate the amount of $I_E$ structures in water to be as high as three percent in some cases.

## References

1. S.-Y. Lo. *Novel Stable Structures of Water*, preprint, submitted for publication.
2. See e.g., A. W. Adamson, *Physical Chemistry*, 3rd edition (1986), p. 299; S. W. Benson. *J. Am. Chem. Soc.* 100, 5640 (1978).
3. We have viewed the solution in a fluid cell by Atomic Force Microscope. The amount of structures is consistent with this value. Details will be published.
4. We wish to thank Professor Selim Senkan of UCLA for his help in this measurement.

Modern Physics Letters B, Vol. 10, No. 19 (1996) 909–919
© World Scientific Publishing Company

# ANOMALOUS STATE OF ICE

SHUI-YIN LO*

*American Technologies Group, 1017 South Mountain Ave
Monrovia, CA 91016 USA*

Received 27 February 1996

Anomalous state of ice which is a novel stable structures made from water molecules, can be induced to form under the action of ions in very dilute solutions, perhaps from a similar physical mechanism that forms ice VI. These stable structures change the UV transmission characteristic of water. Different structures formed from different ions are shown to have similar UV transmission characteristics. These structures can be filtered, concentrated and photographed using a transmission electron-microscope. A dipole–dipole interaction model is constructed to suggest an explanation of the elongated shape of these structures.

## 1. Introduction

It is well known that water molecules form stable rigid structures: for example, ice VI at room temperature and at high pressure ($> 7$ kB).[1] Generally, such a high pressure does not occur naturally on Earth. However, we wish to point out that such a high pressure could exist between an ion and its nearby water molecules due to the electrostatic attraction between the charge of an ion and the electric dipole moments of a water molecule. Anomalous state of ice which are stable rigid structures of water molecules similar to ice VI can be grown in water at room temperature and normal pressure provided that suitable dilution of ions in water is performed.

## 2. Growing Structures Around Ions in Very Dilute Solution

Positively or negatively charged ions in aqueous solutions attract water molecules which have electric dipole moments $p$ that can be expressed as $p = \eta e d = 2.45$ debyes, with $e$ = charge of electron, $d$ = size of water molecule = 0.278 nm and $\eta$ = scale factor = 0.1837. The electric potential energy, $U$, experienced by a water molecule at a distance $r$ from the ion is $U = -p \cdot E$ where $E$ is the electric field

*Visiting Associate, Department of Chemistry, California Institute of Technology, Pasadena, CA 91107, USA.



910   S. Y. Lo

exerted by the ion on the water molecule and is given by

$$E = -\frac{e}{[4\pi\varepsilon r^2]r}$$   (2.1)

with $\varepsilon$ = dielectric constant of water = 80. The pressure, $P$ experienced by the water molecule is equal to the energy density:

$$P \approx \frac{U}{d^3} = \frac{ne^2}{4\pi\varepsilon r d^2}$$   (2.2)

The pressure is inversely proportional to the square of the distance between the ion and water molecule which is a characteristic of coulomb force. The pressure is smaller by a factor of $\varepsilon$ as compared with vacuum because of the dielectric property of water. Numerically, it is $P = 0.61$ kB/s², where $s = r, d$ is the distance scaled in units of water molecule size. However if the next layer of water molecules around an ion are packed in a regular, spherical symmetric rigid fashion, the pressure experienced by the water molecule immediately outside this layer will be boosted by a factor of $\varepsilon = 80$. This is because the electric field determined from Gauss law $\oint E \cdot ds = Q/\varepsilon_0$ is given by the total charge $Q$ enclosed by a closed surface; and the surface is chosen to include the ion and the next layer of water molecules completely. The polarized positive and negative charge of any water molecule is all inside the same closed surface and they cancel out one another. The total charge $Q$ is that of the ion and does not contain polarization from water molecules. So the pressure exerted by an ion on the $s$th layer of orderly arranged water molecules is in fact boosted to $P = 71.8$ kB/s² For the second layer ($s = 2$) of water molecules around an ion, the pressure is 18 kB and the pressure decreases to 8 kB when $s = 3$. If one checks on the phase diagram of water, water turns to ice VI at room temperature at pressure around 7 kB.

With a large pressure arising from a regular structure, one may expect that the water molecules surrounding an ion will turn into ice VI. It is, however, not the ordinary ice VI where the unit cell has a translational invariance. One expects that the crystalline structured water surrounding the ion would have similar symmetry due to the spherical symmetrical nature of pressure. There is no study on what properties a spherical symmetric ice crystal should have. The unit cell probably is not rectangular. For lack of a better reliable alternative, it is assumed that the spherical symmetric icy structures surrounding ions have similar properties as that of ordinary ice VI and ice VII. We will call it $I_E$ structure indicating that it is an icy structure formed under the effect of an electric field.

The $I_E$ structure formed around ions is influenced by the movement of ions in water. When two similar charged ions come close together, the pressure on water molecules between them decreases and the $I_E$ structure previously formed will melt. As the ions move away from each other, the pressure builds, and the $I_E$ structure starts to grow again. Let the destruction rate of the $I_E$ structure due to collision be $R_D$ and the growth rate of the $I_E$ structure be $R_G$. The destruction rate is given by the inverse of collision time $t_c$. $R_D = 1/t_c$. When ions move in a random fashion in

a solution the collision time is $t_c = k_i^2 \Delta t$, where $k_i$ is the average number of water molecules between two ions and $\Delta t$ is the collision time between an ion and water molecule  The growth rate $R_G$ is the growth speed $v_g$ of the $I_E$ structure divided by the size of the structure $a_c$  Therefore the condition for the existence of stable $I_E$ structures in a very dilute solution is: growth rate $R_G$ greater than destruction rate $R_D$ or

$$k_i \gg \left[ \frac{a_c}{v_g \Delta t} \right]^{1/2} \qquad (23)$$

The growth speed $v_g$ of ordinary ice is well-known to be a function of super-cooling temperature [1]  It ranges from $10^{-4}$ cm/sec to 10 cm/sec depending on how far ($10^{-2}°C$ to $10°C$) the temperature is from the phase transition point at $0°C$  In our case the growth of $I_E$ structures comes from the deviation in pressure rather than in temperature from the phase transition point  Let us take the fast growth rate $v_g = 3$ cm/sec, $a_c \sim 3d$ and $\Delta t \sim 10^{-12}$ sec then the average number of water molecules between ions $k_i$ has to be greater than 167  Or the ratio of density of ions $n_i$ to that of water molecules has to be smaller than $n_i$, $n_0 < 2.2 \times 10^{-7}$ which is about $10^{-5}$ molar concentration and a very dilute solution indeed before there are stable $I_E$ structures.



(a)

Fig 1  (a) UV absorbance (A) measurement at wavelength $\lambda = 190$ nm for three very dilute solutions  NaCl. NaOH. HNO₃ at different molar concentrations.  The control sample is pure water ; RO water, bottom line). (b) UV transmission measurement in the interval of wavelength from $\lambda = 190$ nm to 250 nm for very dilute solutions of NaCl with molar concentrations of $10^{-3}$ (Y3)  $10^{-6}$ (Y4).   $10^{-12}$ (Y10) from top to bottom. (c) UV transmission measurement for very dilute solutions of HNO₃ with N2 (molar concentration $1.15 \times 10^{-3}$ M) and N6 ($2.1 \times 10^{-11}$ M). and NaOH with Na2 ($1.32 \times 10^{-3}$ M) and Na10 ($1.32 \times 10^{-11}$ M)



Fig 1. (*Continued*)

## 3. UV Transmission Measurement

Evidence for $I_E$ structures shows up easily in UV transmission measurement. The standard method for preparing a very dilute solution is to dissolve a small amount of salt (NaCl), acid ($HNO_3$), or base (NaOH) in pure water, then dilute it one part to ten parts of pure water.[2] Shake the solution and dilute again one part to ten parts of pure water. Repeat this many times. The solution is measured for UV transmission via a dual beam Perkin–Elmer Lambda 2S machine with a standard reference cell filled with pure water. The absorbance readings from Lambda 2S, which also include effects from scattering as well as absorption of UV light, are



Exhibit D
Page 38

displayed in Fig. 1(a) for four solutions, sodium chloride NaCl, sodium hydroxide NaOH, and nitric acid $HNO_3$ and pure water with molar concentration ranging from $10^{-3}$ to $10^{-13}$. There is clearly a drop of absorbance as molar concentration decrease. Then starting at molar concentration $10^{-5}$ to $10^{-7}$ they all fluctuate in the order of $10^{-2}$ regardless of their origin. We show selectively a few UV transmission measurements for these types of solutions in the range of wave length $\lambda = 190$ nm to 250 nm in Figs. 1(b) and (c). There is no qualitative difference in the spectrum for various very dilute solutions ($< 10^{-7}$ M) made up from different salts, acids, or base. The UV transmission characteristic of these very dilute solutions is significantly different from the dilute solution when $n_i/n_0 > 10^{-7}$ or molar concentration $> 10^{-5}$. It is important in the experimental procedure that we carefully wash the quartz cell to get rid of any $I_E$ structures each time a measurement is made. A clean quartz cell with pure water is verified by a flat UV transmission flat curve from the Lambda 2 machine. This is done each time prior to the next measurement.

We interpret these results as follows: As solutions become very dilute, $I_E$ structures are formed from water molecules around ions. These water molecules are formed under strong electric field, which is $2 \times 10^6$ V/m at three water molecules distance from ions. Hence water molecules in $I_E$ structures are expected to maintain the alignment of their dipole moments. The effective dipole moment of $I_E$ structure is negative towards a positive ion side and positive on the side opposite from the ion. Furthermore, the electric field has spherical symmetry. This condition is quite different from ice VI formed under high pressure which has translational invariance. Unit cell of ice VI is tetragonal and can be repeated in all directions indefinitely. No one so far has constructed a crystal with a spherical symmetry. Hence not much is known about a spherical symmetric crystal or any non-translational invariant unit cell.

The $I_E$ structures are first formed around ions in the solution and do not occur anywhere else. We could generate these structures by breaking them up with shaking. The spherical symmetric $I_E$ structures will break up into many small pieces. These small pieces have electric dipole moment which generate a strong electric field at the poles to attract nearby water molecules to form a bigger piece. These bigger pieces are magnet like except they have an electrical dipole and not a magnetic dipole. They exist independent of ions. They can be broken into smaller pieces and grow bigger. Therefore, as the solution is diluted further from molar concentration $10^{-7}$ to $10^{-13}$, $I_E$ structures remain undiminished by dilution many many times. Since shaking, breaking and then growing of $I_E$ are random, we do see a random spread of UV absorbance around $10^{-2}$ at $\lambda = 190$ nm for various very dilute solutions as shown in Fig. 1(a). There are great similarity among very dilute solutions of $HNO_3$, NaOH, and NaCl with different molar concentration and having $I_E$ structures. In Fig. 1(c), the dilute solution N2 of $HNO_3$ ($1.15 \times 10^{-5}$ M) looks very different from both of the dilute solution NaOH ($2.5 \times 10^{-5}$ M) and the very dilute solution nitric acid ($2.1 \times 10^{-11}$ M) because UV transmission of N2 is still a characteristic of nitric acid.



Fig 2 The UV absorbance for a concentrate $I_E$ structured water (a) before low pressure distillation b) evaporated solution and (c) residue solution.

In order to further test the idea of $I_E$ structure, we search for a way to increase the $I_E$ structures in the very dilute solution. In our dipole model, $I_E$ structures created by ions cannot be big. The electric dipoles of the $I_E$ structures on the right hand side of a positively charged ion have the induced charges in the order of negative. positive, negative, positive etc. with polarization vector pointing to the left while the electric dipoles of $I_E$ structure on the left hand side of a positive-charged ion will have exactly the opposite polarization. Hence. the total electric dipole around an ion will tend to cancel out. Less and less $I_E$ structure can grow away from the ion because of diminishing electric field. However for very dilute solutions with mostly $I_E$ structures and very little ions (say $n_i/n_0 < 10^{-11}$), we introduce some dielectric material which does not ionize but has an uneven electronic distribution outside. Then $I_E$ structures can grow outside the dielectric material with polarization lining up on both sides of the molecules. The electric dipole moments of the total $I_E$ structure add up and there is no diminishing of the electric field at the boundary of the $I_E$ structures. So $I_E$ structures can easily grow bigger. For this to occur, we have experimented by introducing an dielectric material with high boiling point ($\sim 350°C$) slowly in the very dilute solution to about several parts per

Exhibit D
Page 40

million. And we see a much stronger UV absorbance as well as many more rod-like structures in the electron microscope pictures

Since the dielectric material having a high boiling point (350°C) and does not evaporate with water, we have used a low pressure rotary evaporator and boil the solution at 67°C. The evaporated and condensed solution has similar UV transmission characteristic as shown in Fig. 2. This strongly suggests the increase of the UV absorbance is due to an increase in $I_E$ structures and not due to impurity such as the dielectric material that we add.

## 4. Electron Microscope Pictures of $I_E$ Structures

The direct evidence for existence of these stable $I_E$ structures comes from pictures taken with the electron microscope. The very dilute solution with $I_E$ structures is filtered through a 0.1 μm filter paper and then is sputter coated with carbon. The carbon coated filter paper is dissolved in boiling chloroform for twenty minutes. Water and $I_E$ structure will be dissolved away and only carbon skeletons remain. Hitachi transmission microscope H600A is used to take the pictures. The X-ray emitted by the striking electron beam is also examined. If there is any impurity such as solid salt or biological entity, a characteristic X-ray of their constituent atoms by atomic excitation will be emitted. No such characteristic X-rays are seen. Hence it is concluded that the skeleton pictures are not from impurities in the water or biological specimen such as bacteria or virus. The pictures are consistent with the hypothesis that the $I_E$ structures are made up of water molecules alone. Some of the typical pictures are shown in Fig. 3.[3] They are from very dilute solutions of sodium chloride with small and large amount of UV absorbance. For control, we also treat pure water (reverse osmosis water from Millipore machine) the same way: we see none of these structures. Since these structures are of micron size, they can be observed by ordinary optical microscope with some patience also.

## 5. Dipole–Dipole Interaction Square Lattice Model

In order to understanding the rod-like structures as seen by the electron microscope, we propose the following mechanism. After the $I_E$ structures are created, broken and then grow to larger size, they have larger electric dipole moments. The electrostatic forces between any two adjacent pieces is huge. They either join each other head to tail or side by side. If they lie side by side, their electric dipole moment will be opposite each other to obtain the lowest energy states. The circular sizes of the order of 100 nm seen inside the rod-like structures are assumed to be electric dipoles. Let us assume they are of equal size and have the same amount of electric dipole moment $p$. The interaction between any two dipoles $i$ and $j$ is given by dipole–dipole interaction.

$$ U_{ij} = \frac{\mathbf{p}_i \cdot \mathbf{p}_j - (\mathbf{p}_i \cdot \hat{\mathbf{n}})(\mathbf{p}_j \cdot \hat{\mathbf{n}})}{r_{ij}^3} \qquad (5.1) $$



Exhibit D
Page 4

916  S·Y·S



Fig. 3.  Transmission electron microscope photographs of $I_E$ structures.  (a) & (b) From NaCl ($10^{-11}$ M) solution with UV absorbance $A = 0.0132$ at $\lambda = 190$ nm, small circles are from filter hole of 0.1 μm for all photographs.  Magnification ×10,000 for (a) and ×25,000 for (b).  (c) From concentrated NaCl solution with more $I_E$ structures obtained from adding small amount of dielectric material, the UV absorbance being $A = 0.795$ at $\lambda = 190$ nm.  Magnification ×20,000. (d) A magnification of ×80,000 of the middle part of the $I_E$ structure in (c).  (e) Photographs of $I_E$ structures obtained in the way as that of (c).  (f) A magnification of ×80,000 of the middle part of the upper $I_E$ structures in (e).

where $r_{ij}$ is the distance between dipole $p_i$ and $p_j$ and $\hat{n}$ is the unit vector of $r_{ij}$. The total interaction energy of $N$ dipoles is

$$U = \sum_{i,j}^{N} U_{ij} .$$

(5.2)

Exhibit D
Page 42



(e)                                    (f)

Fig. 3. (Continued)

For a two dimensional model where each dipole sits on a square lattice where each lattice spacing is $a$, it is easy to obtain an analytical solution for the nearest neighboring approximation

$$U^{(0)} = [-3nl - 2n - l]u_0 \qquad (5.3)$$

where $u_0 = p^2/a^3$ and $nl = N$. The $N$ dipoles are arranged in $n$ row and $l$ column, where each row of the dipole has the dipole moment pointing in the same direction along the lattice point. The dipole moments of the next row has just the opposite direction. The dipole moments in our model are restricted to point only two ways. If we include the next set of neighboring dipoles which have the strongest interaction, the additional interaction energy is

$$U^{(1)} = \left[\left(-\frac{1}{4} + \frac{\sqrt{2}}{4}\right)nl + \left(\frac{1}{2} - \frac{\sqrt{2}}{4}\right)n - \frac{\sqrt{2}}{4}l + \frac{\sqrt{2}}{4}\right]u_0 . \qquad (5.4)$$

It is possible to find the configuration with the minimum interaction energy $U = U^{(0)} + U^{(1)}$. The shape is rod-like with the ratio $r$ of length $l$ to width $w$ to be

$$r = \frac{l}{n} = \frac{(5/2) - (\sqrt{2}/4)}{1 - (\sqrt{2}/4)} \approx 3.3 . \qquad (5.5)$$

It is an elongated object as indicated by electron microscope pictures. This is displayed in Fig. 4. The experimental values of the ratio $r$ peaks sharply at the theoretical minimum of 3.3 with a spread from 1 to 14.

413  S·Y Lo



Fig 4  Dipole–dipole interaction energy of rod-like $I_E$ structure in dimensionless unit $U/u_0$ versus the ratio r of its length to width   N is the number of dipoles in each rod-like $I_E$ structure  The histogram are numbers of rod-like structures from electron microscope pictures with a given ratio r

## 6. Summary

There are considerable experiments in the field of biology, biochemistry and pharmacology indicating that ultra low doses have significant effects on living organisms.[4] Our experiments here show that ultra small amounts of acid, base or salt can induce a stable rigid $I_E$ structures in water itself. These $I_E$ structures have different UV transmission characteristics from pure water. Transmission electron microscope pictures are consistent with the idea that these $I_E$ structures are made up of electric dipoles. Further physical properties of $I_E$ structures will be presented in a separate paper.

### Acknowledgment

I wish to thank Professor T. H. Chan of McGill University, Professor Alfred Wong of UCLA, Professor D. Tsui of Princeton University and Professor Sunney Chan of Caltech for suggestive and critical comments. David Gann's support is gratefully acknowledged.

### References

1. N. Fletcher, *The Chemical Physics of Ice* (Cambridge University Press, 1970), Fig 5.4

2. We use water produced by Millipore RO Plus system that guarantee purity of water to less than several parts per billion of impurity.

3. Similar $I_E$ structures are also seen using Atomic Force Microscope directly. They have also been studied successfully in situ by laser autocorrelation method to be published.

4. In *Ultra Low Doses*, edited by C. Doutremepuich. Taylor & Francis, London, Washington D C (1991)

Exhibit D

Page 45